07/18/2002 16:35 FAX 3349542446        ONCOLOGY SUPPLY                        ☒003

## Credit Application Page Two

**Please review, sign, and return the acknowledgment pages along with this application.**

This application and the information contained herein is a request for the extension of credit for commercial business use only and applicant certifies that the firm he represents is doing business as a: (please check one)

Corporation ☒, Partnership ☐ or Sole Proprietorship ☐.

The applicant authorizes the above named creditor to obtain written or oral credit reports from any credit reporting agency. The applicant further authorizes any bank or commercial business with whom the applicant is doing or has done any business with to give any and all necessary information to the creditor, which will assist creditor in the credit investigation. The applicant further authorizes the creditor to reinvestigate the applicants' credit status from time to time as the creditor deems necessary and should creditor upon such reinvestigation deem it necessary to limit or terminate the credit arrangement with applicant, said applicant shall be notified in writing as to any adverse action. Upon approval of this application for credit, said applicant will be notified in writing along with the creditor's terms of sale and should applicant at some future time deviate from the creditor's terms of sale, said creditor reserves the right to terminate future extension of credit with applicant.

### Important

If credit is extended, I (we) agree to pay Creditor all debts incurred within creditor's terms of sale.
I (we) expressly waive all right of exemption under the constitution and laws of the State of Alabama and any other state, as to personal property and I (we) agree to pay all costs of collection or attempting to collect or secure any and all debts which I (we) now owe or which I (we) may in the future owe creditors for goods sold to me (us) or for services rendered including a reasonable attorney's fee on the unpaid debt so long as any of said indebtedness is due and unpaid, and I consent and agree to the jurisdiction of the laws of the State of Alabama governing the collection of any and all debts. I also agree to pay a FINANCE CHARGE OF 1.5% PERCENT PER MONTH/ANNUAL PERCENTAGE OF 18%) on any unpaid past due balance. Creditor is hereby authorized to deliver goods or perform services for the following at my (our) request and charge same to my (our) account and this shall continue until written notice to the contrary is given and accepted, which acceptance shall be evidenced by signature of creditor.

Applicant's Signature: _Lloyd H. Dedde, MD_      Title: _Owner/CEO_

Applicant's Signature: _____      Title: _____

Witness my (our) hand(s) this the ____ day of _____,  _____

Witness: _____      Date: _____

**Please forward a copy of your current physician state license and your current DEA registration. Failure to do so will delay shipping of any pending orders. Copies may be faxed.**

This is a federal requirement.
State Physicians' License #: _045798_      Exp. Date: _12/31/2003_
DEA Form #: _BG6984984_                  Exp. Date: _09-30-2004_

Please note that we now offer electronic fund transfers with a 1% discount off your total order at the time of purchase. See attached sheet for further information.
Also, if you choose to use our e.f.t. system or pay by credit card, the name Bergen Brunswig will appear on your statement.
All of the above information is for file purposes only and will be held in strictest confidence.

For Office Use Only

**EXHIBIT "1"**

07/19/2002 16:05 FAX 3349642446        ONCOLOGY SUPPLY                                  ☒002

# ONCOLOGY SUPPLY

P.O. BOX 3001 • DOTHAN, AL 36302
Tel: (800) 633-7555 • Fax: (800) 345-2205

## APPLICATION FOR NEW ACCOUNT

The following is an application for credit with ONCOLOGY SUPPLY COMPANY. Also known as creditor within the general provisions of this application.

### 1. Company Information

| Tax ID Number | Firm or Corp. Name |
|---|---|
| 30-0072577 | Oncology + Hematology Centers of Atlanta |

| Street Address |
|---|
| 465 Winn Way Suite 231 |

| P.O. Box | City | County | State | Zip |
|---|---|---|---|---|
|  | Decatur | DeKalb | Georgia | 30030 |

| Telephone Number | Fax Number | Year Established | Is business incorporated? Yes ☑ No ☐ If so, under laws of what state? |
|---|---|---|---|
|  |  |  |  |

| Billing Address (if different from above): |
|---|
| Same |

| City | State | Zip | Phone No | Fax No |
|---|---|---|---|---|

| Parent Company | Street Address |
|---|---|

| P.O. Box | City | State | Zip |
|---|---|---|---|

| Full Names of Officers, Partners and/or Proprietors: | Title |
|---|---|
| Lloyd G. Geddes, Jr, MD | Owner - CEO |

Please indicate the estimated monthly purchases from Oncology Supply Company (This will help us to determine the credit amount)

Monthly Amount: $ 50,000 - 75,000.00/mo.

Payment terms: _____

Does your firm use purchase order numbers? Yes ☑ No ☐

Is your business a member of a GPO? Yes ☑ No ☐
If so, which GPO? ION

### 2. Bank References

| Bank Name | Account # | Contact |
|---|---|---|
| Sun Trust Bank, Atlanta | 1000003062279 | Daniel Nance |

| Address | City | State | Zip | Phone |
|---|---|---|---|---|
|  | Atlanta | Georgia |  | (404) 723-1204 |

### 3. Credit References

| Company Name | Contact |
|---|---|
|  |  |

| Address | City | State | Zip | Phone |
|---|---|---|---|---|

| Company Name | Contact |
|---|---|

| Address | City | State | Zip | Phone |
|---|---|---|---|---|

**State license & DEA permit required for all accounts**
Please be advised: Ship to address must match address on your DEA certificate for contract identification.

07/18/2002 16:37 FAX 3349542445     ONCOLOGY SUPPLY     ☐005

Legal Name: _Oncology + Hematology Centers of Atlanta_
D.B.A: _3/1/02_

Shipping address business type (please choose most applicable):

____ Dialysis/Nephrology        ✓ Oncology/Hematology
____ Hospital                   ____ Individual (Patient)
____ Hospital Outpatient Clinic ____ Surgery Center
____ Wholesaler/Distributor     ____ Home Health Care
____ Physician – Please provide specialty_____
____ Other – Please specify_____

Sales tax information (please choose only one):

____ Federal Government (provide exemption documentation)F
____ State/Local Government (provide exemption certificate)G
____ Not for Profit (provide exemption certificate or IRS Determination Letter)N
____ Retailer (provide Resale Certificate)R
____ Wholesaler (provide Resale Certificate)W
✓ Physician (provide resale certificate, if applicable)P
____ Other For Profit Healthcare – Nontaxable (resale certificate, if applicable)H
____ Other For Profit Healthcare – Taxable-Y
____ All Others – Taxable-Y

OSC frequently uses e-mail to efficiently deliver important information to our accounts. Please enter a general e-mail address for your office that we should send general correspondence to (i.e. shipment notification, recall notices, backorder status, special offers, etc)

e-mail address:_____

Signed:_____     Title:_____
Print Name:_____     Date:_____

Telephone: 888-877-3430
Facsimile: 800-248-8205

```
Jan 28 04 04:24p     ONCOLOGY & HEMAT CENTERS      404-296-2884           p.1
   01/28/2004 16:18 FAX 3349842118    ONCOLOGY SUPPLY
```

# ONCOLOGY SUPPLY

40792

P.O. Box 2001 • Dothan, AL 36302 • Ph: (800) 633-7555 • Fax: (800) 248-8205

## PROPRIETOR GUARANTY

By signing this Application, I acknowledge that I have personally guaranteed the debts and obligations of my business and agree that I am personally obligated to perform all of the terms of, and make all payments to Oncology Supply Company required by, the credit application of which this agreement is part.

| First Name | Initial | Last Name | Social Security Number |
|---|---|---|---|
| Lloyd | G. | Geddes | 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 |
| Present Home Address | | | Home Phone Number |
| 1325 Scott Blvd. | | | (404)296-2060 |
| City | State | | Zip |
| Decatur | Georgia | | 30030 |
| Authorized Signature | | | Date |
| Lloyd G. Geddes | | | 1/28/04 |

(If you wish to inquire upon multiple owners, you must have authorized access for each individual)

| First Name | Initial | Last Name | Social Security Number |
|---|---|---|---|
| | | | |
| Present Home Address | | | Home Phone Number |
| | | | |
| City | State | | Zip |
| | | | |
| Authorized Signature | | | Date |
| | | | |

A DIVISION OF ASD SPECIALTY HEALTHCARE