49792 Onc Hem Ctrs of Atlanta 5-26-05.xls

| ID | Invoice # | Order Date | Po/Ref # | Due Date | DBT | Invoice Amount | Date Payment Posted | Amount Posted | Balance Due | Account # |
|---|---|---|---|---|---|---|---|---|---|---|
| 130 | 10706777 | 8/12/2004 | | 10/26/2004 | 212 | $ 1,418.15 | 5/25/2005 | $ (290.30) | $ 1,127.85 | 49792 |
| 130 | 10707361 | 8/13/2004 | | 10/27/2004 | 211 | $ 328.70 | | $ - | $ 328.70 | 49792 |
| 130 | 10709156 | 8/16/2004 | | 10/30/2004 | 208 | $ 9,151.19 | | $ - | $ 9,151.19 | 49792 |
| 130 | 10710896 | 8/18/2004 | | 11/1/2004 | 206 | $ 1,622.38 | | $ - | $ 1,622.38 | 49792 |
| 130 | 10711560 | 8/18/2004 | | 11/1/2004 | 206 | $ 1,770.00 | | $ - | $ 1,770.00 | 49792 |
| 130 | 10712243 | 8/19/2004 | | 11/2/2004 | 205 | $ 2,757.40 | | $ - | $ 2,757.40 | 49792 |
| 130 | 10715147 | 8/23/2004 | | 11/6/2004 | 201 | $ 927.25 | | $ - | $ 927.25 | 49792 |
| 130 | 10717680 | 8/25/2004 | maureen | 11/8/2004 | 199 | $ 9,735.34 | | $ - | $ 9,735.34 | 49792 |
| 130 | 10719926 | 8/27/2004 | | 11/10/2004 | 197 | $ 5,142.60 | | $ - | $ 5,142.60 | 49792 |
| 130 | 10720501 | 8/30/2004 | | 11/13/2004 | 194 | $ 3,191.05 | | $ - | $ 3,191.05 | 49792 |
| 130 | 10723242 | 9/1/2004 | | 11/15/2004 | 192 | $ 7,149.44 | | $ - | $ 7,149.44 | 49792 |
| 130 | 10724489 | 9/2/2004 | | 11/16/2004 | 191 | $ 115.94 | | $ - | $ 115.94 | 49792 |
| 130 | 10725266 | 9/2/2004 | maureen | 11/16/2004 | 191 | $ 2,798.52 | | $ - | $ 2,798.52 | 49792 |
| 130 | 10727521 | 9/7/2004 | | 11/21/2004 | 186 | $ 3,906.50 | | $ - | $ 3,906.50 | 49792 |
| 130 | 10727522 | 9/7/2004 | | 11/21/2004 | 186 | $ 626.88 | | $ - | $ 626.88 | 49792 |
| 130 | 10728783 | 9/8/2004 | | 11/22/2004 | 185 | $ 6,021.97 | | $ - | $ 6,021.97 | 49792 |
| 130 | 10730256 | 9/9/2004 | mourne | 11/23/2004 | 184 | $ 1,322.70 | | $ - | $ 1,322.70 | 49792 |
| 130 | 10730836 | 9/10/2004 | | 11/24/2004 | 183 | $ 2,647.15 | | $ - | $ 2,647.15 | 49792 |
| 130 | 10731325 | 9/10/2004 | dausha | 11/24/2004 | 183 | $ 170.15 | | $ - | $ 170.15 | 49792 |
| 130 | 10734486 | 9/14/2004 | maureen | 11/28/2004 | 179 | $ 8,013.78 | | $ - | $ 8,013.78 | 49792 |
| 130 | 10740815 | 9/22/2004 | DASHA | 12/6/2004 | 171 | $ 6,691.70 | | $ - | $ 6,691.70 | 49792 |
| 130 | 10742627 | 9/24/2004 | | 12/8/2004 | 169 | $ 340.55 | | $ - | $ 340.55 | 49792 |
| 130 | 10743149 | 9/24/2004 | | 12/8/2004 | 169 | $ 6,078.28 | | $ - | $ 6,078.28 | 49792 |
| 130 | 10743719 | 9/27/2004 | | 12/11/2004 | 166 | $ 6,311.95 | | $ - | $ 6,311.95 | 49792 |
| 130 | 10746388 | 9/29/2004 | | 12/13/2004 | 164 | $ 4,945.91 | | $ - | $ 4,945.91 | 49792 |
| 130 | 10748426 | 9/30/2004 | | 12/14/2004 | 163 | $ 122.10 | | $ - | $ 122.10 | 49792 |
| 130 | 10750068 | 10/4/2004 | | 12/18/2004 | 159 | $ 7,180.30 | | $ - | $ 7,180.30 | 49792 |
| 130 | 10750069 | 10/4/2004 | | 12/18/2004 | 159 | $ 5,153.94 | | $ - | $ 5,153.94 | 49792 |
| 130 | 10751408 | 10/5/2004 | | 12/19/2004 | 158 | $ 5,209.79 | | $ - | $ 5,209.79 | 49792 |
| 130 | 10751409 | 10/5/2004 | | 12/19/2004 | 158 | $ 1,424.85 | | $ - | $ 1,424.85 | 49792 |
| 130 | 10754920 | 10/8/2004 | | 12/22/2004 | 155 | $ 9,731.89 | | $ - | $ 9,731.89 | 49792 |
| 130 | 10754921 | 10/8/2004 | | 12/22/2004 | 155 | $ 155.69 | | $ - | $ 155.69 | 49792 |
| 130 | 10756119 | 10/11/2004 | | 12/25/2004 | 152 | $ 5,115.94 | | $ - | $ 5,115.94 | 49792 |
| 130 | 10757380 | 10/12/2004 | | 12/26/2004 | 151 | $ 3,276.53 | | $ - | $ 3,276.53 | 49792 |
| 130 | 10761486 | 10/15/2004 | | 12/29/2004 | 148 | $ 5,667.18 | | $ - | $ 5,667.18 | 49792 |
| 130 | 10763808 | 10/19/2004 | | 1/2/2005 | 144 | $ 3,599.73 | | $ - | $ 3,599.73 | 49792 |
| 130 | 10766341 | 10/21/2004 | | 1/4/2005 | 142 | $ 3,909.11 | | $ - | $ 3,909.11 | 49792 |
| 130 | 10767155 | 10/22/2004 | | 1/5/2005 | 141 | $ 11,057.24 | | $ - | $ 11,057.24 | 49792 |
| 130 | 10768385 | 10/25/2004 | | 1/8/2005 | 138 | $ 529.43 | | $ - | $ 529.43 | 49792 |

Total Principle Balance $ 155,028.90
Total Interest (average) $ 15,502.89
Total Balance to Collect $ 170,531.79

Statement 5-26-05

EXHIBIT "2"