IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

RECEIVED
2005 JUN 22 P 1: 11

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive,<br>Dothan, Alabama 36303,<br><br>   Plaintiff,<br>v.<br><br>ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C.<br>465 Winn Way, Suite 231<br>Decatur, GA 30030,<br><br>   and<br><br>LLOYD G. GEDDES<br>1325 Scott Boulevard<br>Decatur, GA 30030,<br><br>   Defendants. | CIVIL ACTION NO.:<br><br>1:05CV591-F |

### RULE 7.1 STATEMENT OF PLAINTIFF ASD SPECIALTY HEALTHCARE, INC., D/B/A/ ONCOLOGY SUPPLY COMPANY

COMES NOW plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company, by and through its counsel, and states that the only publicly held corporation that owns more than 10% of its stock is AmerisourceBergen Corporation.

             Respectfully submitted,

             */s/ Heath A. Fite*
             James J. Robinson (ROB013)
             Heath A. Fite (FIT011)
             Attorneys for Plaintiff

PHIL1 622849-1

**OF COUNSEL:**

**BURR & FORMAN, LLP**
3100 SouthTrust Tower
420 North 20th Street
SouthTrust Tower, Suite 3100
Birmingham, Alabama 35203

**TO BE SERVED BY SPECIAL PROCESS SERVER**