AO 440  (Rev. 8/01) Summons in a Civil Action

# United States District Court

| MIDDLE | District of | ALABAMA |

ASD SPECIALTY HEALTHCARE, INC. dba
ONCOLOGY SUPPLY COMPANY
V.

ONCOLOGY HEMATOLOGY CENTERS OF
ATLANTA, P.C. AND LLOYD G. GEDDES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   1:05-cv-00591-MEF-SRW

TO: (Name and address of Defendant)

Lloyd G. Geddes
1325 Scott Boulevard
Decatur, GA 30030

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Robinson, Esquire
Health A. Fite, Esquire
Burr & Forman
420 North 20th Street, Suite 3100
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____        June 24, 2005
CLERK                                            DATE

_____
(BY) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                         Date                              *Signature of Server*


                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

≈AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__                    District of                    __ALABAMA__

ASD SPECIALTY HEALTHCARE, INC. dba
ONCOLOGY SUPPLY COMPANY
V.

ONCOLOGY HEMATOLOGY CENTERS OF
ATLANTA, P.C. AND LLOYD G. GEDDES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   1:05-cv-00591-MEF-SRW

TO: (Name and address of Defendant)

Oncology Hematology Centers of Atlanta, P.C.
c/o Raquel M. Gayle
600 Peachtree Street, Suite 5200
Atlanta, GA 30308

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Robinson, Esquire
Health A. Fite, Esquire
Burr & Forman
420 North 20th Street, Suite 3100
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_Donna M. Crouflut_

(By) DEPUTY CLERK

DATE

June 24, 2005

AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                          Date                                    *Signature of Server*


                                            _____
                                            *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:05cv591

**Recipient's Name** *(Please Print Clearly) (To be completed by mailer)*
Lloyd G. Geddes
*Street, Apt. No.; or PO Box No.*
1325 Scott Boulevard
*City, State, ZIP+4*
Decatur, Georgia    30030

PS Form 3800, February 2000          See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:05cv591

**Recipient's Name** *(Please Print Clearly) (To be completed by mailer)*
Oncology Hematology Ctrs of Atlanta
*Street, Apt. No.; or PO Box No.*
600 Peachtree Street, Suite 5200
*City, State, ZIP+4*
Atlanta, GA    30308

February 2000          See Reverse for Instructions