## In the United States District Court
## For the Middle District of Alabama

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. dba ONCOLOGY SUPPLY COMPANY,<br><br>        Plaintiff(s),<br><br>v.<br><br>ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C. AND LLOYD G. GEDDES,<br><br>        Defendant(s). | )<br>)   <u>ALIAS SUMMONS</u><br>)<br>)   (Issued pursuant to Rule 4<br>)   of the Federal Rules of<br>)   Civil Procedure or other<br>)   appropriate laws.)<br>)<br>)   CIVIL ACTION CASE NUMBER:<br>)   1:05-CV-00591-MEF-SRW<br>) |

TO DEFENDANT

                Oncology Hematology Centers of Atlanta, P.C.
                c/o Raquel M. Gayle, Registered Agent
                600 Peachtree Street, Suite 5200
                Atlanta, Georgia  30308

You are hereby summoned and required to serve upon plaintiff's attorney(s):

                James J. Robinson, Esq.
                Heath A. Fite, Esq.
                BURR & FORMAN LLP
                420 North 20th Street, Suite 3100
                Birmingham, Alabama  35203

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this alias summons upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _Oct. 3, 2005_

                                                            *Debra P. Hackett*
                                                            _____,CLERK

<u>SEE REVERSE SIDE FOR RETURN</u>
                                                            By: _____

NOTE:   A separate summons must be
             prepared for each defendant.                         (SEAL OF COURT)

                                                            CLERK, U. S. DISTRICT COURT
                                                             MIDDLE DISTRICT OF ALABAMA
                                                             One Church Street, Courthouse
                                                             Montgomery, Alabama  36104

(3/92)
1400087

CASE NO. <u>1:05-CV-00591-MEF-SRW</u>

RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, <u>2005</u>, I served this alias summons together with the complaint as follows:

☐     By personal service on the defendant at

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

Raquel M. Gayle, Registered Agent for
Oncology Hematology Centers of Atlanta, P.C.
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____     *Authorized or Specially Appointed Process Server*
*Date*

I hereby certify and return this _____ day of _____, _____, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____     *Authorized or Specially Appointed Process Server*
*Date*

Cost of Service:    Service fee:                                   $ <u>0.00</u>
                     Expenses: _____ miles @ _____ cents       $ <u>0.00</u>
                                                        TOTAL:     $ <u>0.00</u>

1400087