# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. dba ONCOLOGY SUPPLY COMPANY,  )<br><br>Plaintiff(s),  )<br>)<br>v.  )<br>)<br>ONCOLOGY HEMATOLOGY CENTERS OF )<br>ATLANTA, P.C. AND LLOYD G. GEDDES,  )<br>)<br>Defendant(s).  ) | **ALIAS SUMMONS**<br><br>(Issued pursuant to Rule 4<br>of the Federal Rules of<br>Civil Procedure or other<br>appropriate laws.)<br><br>CIVIL ACTION CASE NUMBER:<br>1:05-CV-00591-MEF-SRW |

TO DEFENDANT

          Oncology Hematology Centers of Atlanta, P.C.
          c/o Lloyd G. Geddes
          465 Winn Way, Suite 231
          Decatur, Georgia 30030

You are hereby summoned and required to serve upon plaintiff's attorney(s):

          James J. Robinson, Esq.
          Heath A. Fite, Esq.
          BURR & FORMAN LLP
          420 North 20th Street, Suite 3100
          Birmingham, Alabama 35203

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this alias summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 10/5/05                                                                                      _____,CLERK

SEE REVERSE SIDE FOR RETURN                                           By:

NOTE:  A separate summons must be                                (SEAL OF COURT)
          prepared for each defendant.

                                                                    *Debra P. Hackett*

                                                                      CLERK, U. S. DISTRICT COURT
                                                                      MIDDLE DISTRICT OF ALABAMA
                                                                      One Church Street, Courthouse
                                                                       Montgomery, Alabama 36104

(3/92)

1401102

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, 2005, I served this alias summons together with the complaint as follows:

☐     By personal service on the defendant at

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

Oncology Hematology Centers of Atlanta, P.C.
c/o Lloyd G. Geddes
465 Winn Way, Suite 231
Decatur, Georgia 30030
Phone: 404-296-2060

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
*Date*                  *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, _____, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
*Date*                  *Authorized or Specially Appointed Process Server*

Cost of Service:    Service fee:                                             $ 0.00
                  Expenses: _____ miles @ _____ cents        $ 0.00

                                                            TOTAL:      $ 0.00

1401102