# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. dba ONCOLOGY SUPPLY COMPANY, | ) ) ) **ALIAS SUMMONS** |
| Plaintiff(s), | ) ) (Issued pursuant to Rule 4 |
| v. | ) of the Federal Rules of ) Civil Procedure or other ) appropriate laws.) |
| ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C. AND LLOYD G. GEDDES, | ) ) CIVIL ACTION CASE NUMBER: ) 1:05-CV-00591-MEF-SRW |
| Defendant(s). | ) |

TO DEFENDANT

        Oncology Hematology Centers of Atlanta, P.C.
        c/o Raquel M. Gayle, Registered Agent
        600 Peachtree Street, Suite 5200
        Atlanta, Georgia 30308

You are hereby summoned and required to serve upon plaintiff's attorney(s):

        James J. Robinson, Esq.
        Heath A. Fite, Esq.
        BURR & FORMAN LLP
        420 North 20th Street, Suite 3100
        Birmingham, Alabama 35203

a response to the complaint which is herewith served upon you, within 20 days after service of this alias summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: Oct. 3, 2005

*Debra P. Hackett* CLERK

By: [signature]

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NOTE:  A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street, Courthouse
Montgomery, Alabama 36104

(3/92)
1400087

CASE NO. 1:05-CV-00591-MEF-SRW

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the __6__ day of __Oct.__, 2005, I served this alias summons together with the complaint as follows:

☐ By personal service on the defendant at

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☒ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

Raquel M. Gayle, Registered Agent for
Oncology Hematology Centers of Atlanta, P.C.
600 Peachtree Street, Suite 5200
Atlanta, Georgia  30308

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

__10/6/05__                         __[signature]__
Date                                Authorized or Specially Appointed Process Server

I hereby certify and return this _____ day of _____, _____, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____                  _____
Date                                Authorized or Specially Appointed Process Server

Cost of Service:    Service fee:                                                    $ 0.00
                    Expenses: _____ miles @ _____ cents                             $ 0.00
                                                            TOTAL:                  $ 0.00

1400087