IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | CIVIL ACTION NO. 1:05-CV-591-MEF-SRW |
| ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C. and LLOYD G. GEDDES, ) ) ) ) | |
| Defendants. ) | |

## DEFAULT AS TO DEFENDANT
## ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C.

Request having been made for Entry of Default against Defendant Oncology Hematology Centers of Atlanta, P.C., and it appearing by Affidavit that said Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, the Clerk of Court, hereby enters default against Defendant Oncology Hematology Centers of Atlanta, P.C.

This the _____ day of _____, 2005.


_____
UNITED STATES DISTRICT COURT CLERK

EXHIBIT C

1407942