IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ASD SPECIALTY HEALTHCARE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-CV-591-F |
| | ) | |
| ONOCOLOGY HEMATOLOGY CENTERS | ) | |
| OF ATLANTA, PC, and LLOYD G. GEDDES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It has come to the Court's attention that Defendant Onocology Hematology Centers of Atlanta, PC, ("Onocology Centers") is attempting to proceed in this case unrepresented by an attorney. "The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir.1985) (citations omitted). Therefore, it is hereby ORDERED as follows.

(1) Onocology Centers has until September 23, 2005, to secure representation of an attorney and have that attorney file a Notice of Appearance in this case. Failure to do so will allow the Plaintiff to seek a default judgment against Onocology Centers for the full amount requested in the Complaint.

(2) The deadline to file a Rule 26(f) Report as set by this Court's Order (Doc. #7) of July 20, 2005, is CONTINUED until further Order of this Court.

DONE this 10th day of August, 2005.



/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

EXHIBIT B