IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONCOLOGY HEMATOLOGY CENTERS OF )<br>ATLANTA, P.C. and LLOYD G. GEDDES, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05-cv-591-N-MHT-SRW |

### ENTRY OF DEFAULT

It appearing that defendant Oncology Hematology Centers of Atlanta, P.C., was duly served with a copy of the summons and complaint on October 6, 2005, as set out in the affidavit of Heath A Fite, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on October 28 2005, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant ,Oncology Hematology Centers of Atlanta, P.C.

DONE THIS 2nd day of   November, 2005  .

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA