IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, ) ) ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-CV-591-MEF-SRW |
| ) ) | |
| ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C. and LLOYD G. GEDDES, ) ) ) | |
| Defendants. ) | |

## AFFIDAVIT OF HEATH A. FITE

STATE OF ALABAMA    )
                    )
COUNTY OF JEFFERSON )

HEATH A. FITE, being duly sworn, deposes and states as follows:

1. My name is Heath A. Fite. I am over the age of twenty-one (21) years and reside in Jefferson County, Alabama. I am a licensed and practicing attorney at the law firm of Burr & Forman LLP. I am one of the attorneys representing Plaintiff ASD Specialty Healthcare, Inc. d/b/a Oncology Supply Company ("ASD") in the above-styled action.

2. I make this affidavit in support of ASD's Application for Entry of Default Judgment against Defendant Oncology Hematology Centers of Atlanta, P.C. ("OHCA").

3. ASD filed the instant action against OHCA seeking to collect amounts owed to it by OHCA, plus interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorney fees, and costs.

1410538



EXHIBIT A

4.   OHCA is not an infant or incompetent person.

5.   In its Complaint, Plaintiff also seeks attorney fees incurred in collecting the debt as provided for by the contract. (Compl. ¶¶ 21, 28, 36, 40, 44, and Exhibit 1 attached thereto.)

6.   To date, Plaintiff has incurred $7,005.00 in attorney fees for attempting to collect the debt at issue in this action.

Further the deponent saith not.

*Heath A. Fite*
Heath A. Fite, Affiant

Sworn to and subscribed
before me on this the 7th
day of November, 2005.

*Norma J. Henley*
NOTARY PUBLIC
My Commission Expires: 02/02/06

1410538

2