IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C. and LLOYD G. GEDDES,<br><br>Defendants. | CIVIL ACTION NO. 1:05-CV-591-MEF-SRW |

### ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C.

Request having been made for Entry of Default Judgment against Defendant Oncology Hematology Centers of Atlanta, P.C. ("OHCA"), and it appearing default has been entered against OHCA, and as set out in the Affidavits supporting the Request, it appearing that OHCA is neither an infant or incompetent person, and that judgment should be entered in Plaintiff's favor in the amount of $117,725.41, plus $7,005.00 in attorney fees, plus costs of this action, the Court hereby enters default judgment against OHCA in the amount of $117,725.41, plus $7,005.00 in attorney fees, plus costs of this action.

This the ____ day of _____, 2005.

_____
UNITED STATES DISTRICT COURT CLERK



1410558