IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC.,, )<br>d/b/a Oncology Supply Company,  )<br>                                                           )<br>       Plaintiff,                                     )<br>v.                                                        )<br>                                                           )<br>ONCOLOGY HEMATOLOGY CENTERS )<br>OF ATLANTA, PC., *et al.,*                 )<br>                                                           )<br>       Defendants.                               ) | CASE NO. 1-05-cv-591-F |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Default Judgment as to Oncology Hematology Centers of Atlanta, P.C. (Doc. #15) filed on November 7, 2005, it is hereby

ORDERED that defendant Oncology Hematology Centers of Atlanta, PC, show cause in writing on or before November 28, 2005 as to why the motion should not be granted.

DONE this the 14th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE