## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Speciality Healthcare, Inc. VS. Oncology Hematology Centers of Atlanta, PC, et al

Case Number: 1:05cv591-F

Referenced Docket Entry - Scheduling Order - Doc. No.17.

The referenced docket entry was filed by the Clerk's Office in ERROR on ***November 22, 2005*** and is being STRICKEN from the docket. This resulted in an error on the docket sheet because this should have been filed in case 1:05cv951-T. Please DISREGARD this docket entry.