IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ASD SPECIALTY HEALTHCARE, INC.
d/b/a ONCOLOGY SUPPLY COMPANY

      Plaintiff,

v.                                      CIVIL ACTION NUMBER:
ONCOLOGY HEMATOLOGY CENTERS    1:05-CV-591-F (WO)
OF ATLANTA, P.C., et. al.,

      Defendants.

## MOTION FOR ADMISSION PRO HAC VICE FOR MORTON R. BRANZBURG

Plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company, by and through its counsel, moves this Honorable Court to permit Morton R. Branzburg of Klehr, Harrison, Harvey, Branzburg & Ellers, LLP to appear as co-counsel in the above-captioned case for Plaintiff. In support of this motion, Plaintiff presents the following facts:

1. Morton R. Branzburg desires to appear as co-counsel in this case with James L. Robinson and Heath A. Fite, attorneys in the law firm of Burr & Forman LLP, who are members of the Alabama Bar and are admitted to practice before this Court.

2. Mr. Branzburg is a member of the law firm of Klehr, Harrison, Harvey, Branzburg & Ellers, LLP. He is admitted to practice law in the following states: Pennsylvania, New Jersey. Mr. Branzburg is also admitted to practice in the United States District Court for the Eastern District of Pennsylvania. Attached to this motion as **Exhibit A** is a Certificate of Good Standing for Mr. Branzburg from the Clerk of the United States District Court for the Eastern District of Pennsylvania.

1433265

3.  Mr. Branzburg is familiar with the Federal Rules of Civil Procedure, Federal Rules of Evidence and the Local Rules of this United States District Court and is fully competent to appear before this Court. Mr. Branzburg agrees that he will abide by the ethical standards governing the practice of law in this Court.

4.  Mr. Branzburg agrees that, unless permitted to withdraw sooner by order of the Court, he will continue to represent Plaintiff in these proceedings until the final determination thereof, and that with reference to all matters incident to these proceedings, he agrees that he shall be subject to the orders and amenable to the disciplinary action and civil jurisdiction of the United States District Court, Middle District of Alabama, and the Alabama State Bar in all respects as if he were a regularly admitted and licensed member of the Bar of Alabama in good standing.

WHEREFORE, Plaintiff requests an order from this Court specially admitting Morton R. Branzburg to serve as co-counsel for the purpose of this litigation.

Respectfully Submitted,

/s/ Heath A. Fite
James J. Robinson (ROB013)
Heath A. Fite (FIT011)

Attorneys for Plaintiff

**OF COUNSEL:**

BURR & FORMAN, LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

1433265

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 14th day of February, 2006:

Raquel Gayle,
Registered Agent for OHCA
Powell Goldstein
1201 West Peachtree Street
14th Floor
Atlanta, GA  30309

Lloyd G. Geddes, Jr. MD
Oncology Hematology Centers of Atlanta, P.C.
465 Winn Way, Suite 231
Decatur, Georgia  30030

/s/ Heath A. Fite
Of Counsel

1433265