# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Morton R. Branzburg, Bar # 24477, was duly admitted to practice in said Court on April 5, 1979, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                               Clerk of Court

on February 2, 2006.                                BY _____
                                                         Aida Ayala,     Deputy Clerk



EXHIBIT A