IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., )<br>d/b/a Oncology Supply Company, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>ONCOLOGY HEMATOLOGY CENTERS )<br>OF ATLANTA, PC., *et al.,* )<br>)<br>    Defendants. ) | CASE NO. 1-05-cv-591-MEF |

## **O R D E R**

Upon consideration of the Motion for Admission Pro Hac Vice for Morton R. Branzburg (Doc. #22) filed on February 14, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 15th day of February, 2006.

                                      /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE