IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY 2801 Horace Shepard Drive Dothan, AL 36303, <br><br> Plaintiff, <br> v. <br><br> ONCOLOGY & HEMATOLOGY CENTERS OF ATLANTA, P.C. 465 Winn Way, Suite 231 Decatur, GA 30030, <br><br> and <br><br> LLOYD G. GEDDES 1325 Scott Boulevard Decatur, GA 30030, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 1:05cv0591 |

## REPORT OF PARTIES PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held by telephone on Monday, August 8, 2005, and was attended by Morton R. Branzburg, Esquire, on behalf of the Plaintiff; Lloyd G. Geddes, M.D., pro se and Lloyd G. Geddes, M.D., on behalf of Oncology & Hematology Centers of Atlanta, P.C. (no attorney has yet entered an appearance for the corporate defendant).

2. **Pre-Discovery Disclosures.** The parties will exchange the information required by Federal Rule of Civil Procedure 26(a)(1) on or before September 12, 2005.

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    (a)    Discovery will be needed on:

PHIL1 635410-1


EXHIBIT A

All claims by Plaintiffs and all defenses by Defendants.

(b) All Discovery commenced in time to be completed by December 31, 2005.

(c) Maximum of **40** interrogatories by each party to any other party.

Responses due 30 days after service.

(d) Maximum of **40** requests for production by each party to any other party.

Responses due 30 days after service.

(e) Maximum of **20** requests for admission by each party to any other party.

Responses due 30 days after service.

(f) Each party shall be allowed to take a maximum of **5** depositions.

(g) Reports from retained experts under Rule 26(a)(2) due:

from Plaintiff by January 15, 2006.

from Defendant by February 15, 2006.

(h) Supplementations under Rule 26(e) due no later than 30 days before the close of discovery.

4. **OTHER ITEMS**

(a) The parties do not request a conference with the court before entry of the scheduling order.

(b) The parties request a pretrial conference in March 2006.

(c) All potentially dispositive motions should be filed by March 1, 2006.

(d) Settlement discussions are advanced and are expected to culminate in a settlement agreement being executed prior to September 12, 2005.

(e) In the event a settlement is not reached, the case should be ready for trial by April 15, 2006, and at this time is expected to take approximately one (1) day.

Respectfully submitted: August 10th, 2005.

        BURR & FORMAN, LLP

By:_____
    James J. Robinson (ROB013)
    Heath A. Fite (FIT011)
    3100 South Trust Tower
    420 North 20th Street
    Birmingham, AL 35203

and

Morton R. Branzburg, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers
260 S. Broad Street
Philadelphia, PA 19102
215-569-3007
Of Counsel

Attorneys for Plaintiff

By:_____
    Lloyd G. Geddes, M.D., pro se

By:_____
    Lloyd G. Geddes, M.D., President*
    of Oncology & Hematology of Atlanta

*Dr. Geddes understands that he must retain counsel for Oncology & Hematology of Atlanta, and will do so if this case does not settle by September 12, 2005.

3

# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

MORTON R. BRANZBURG
LEONARD M. KLEHR
RONA J. ROSEN
CAROL ANN SLOCUM
MICHAEL K. CORAN
JOANNE B. WILLS
KEITH W. KAPLAN
DOUGLAS F. SCHLEICHER
RICHARD M. BECK
DAVID S. EAGLE*
STEPHAN L. CUTLER
STEVEN A. KAYE
STEVEN K. KORTANEK
RONALD J. PATTERSON
GLENN A. WEINER
DANIEL P. O'BRIEN
DON P. FOSTER
HEATHER I. LEVINE
MARC H. STOFMAN

WILLIAM A. HARVEY
LAWRENCE J. AREM
RICHARD S. ROISMAN
JEFFREY KURTZMAN
FRANCIS M. CORRELL, JR.
CARL S. PRIMAVERA
PAUL G. NOFER
BARRY J. SIEGEL
DENISE M. DAY
BRADLEY A. KROUSE
LAWRENCE D. ROVIN
CHARLES A. ERCOLE
WILLIAM W. MATTHEWS III
SHAHAN G. TEBERIAN
DANIEL R. BLICKMAN
IRA A. ROSENAU
MICHAEL A. IACONELLI
A. GRANT PHELAN
JON S. ROBINS

*MEMBER OF NEW YORK & DELAWARE BAR ONLY
**MEMBER OF DELAWARE BAR ONLY
†MEMBER OF DELAWARE & GEORGIA BAR ONLY
††MEMBER OF DELAWARE & MASSACHUSETTS BAR ONLY

ATTORNEYS AT LAW
260 S. BROAD STREET
PHILADELPHIA, PA 19102-5003

(215) 568-6060
FAX: (215) 568-6603
www.klehr.com

NEW JERSEY OFFICE
457 HADDONFIELD ROAD
SUITE 510
CHERRY HILL, NEW JERSEY 08002-2220
(856) 486-7900

DELAWARE OFFICE
919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062
(302) 426-1189

December 19, 2005

DARWIN R. BEAUVAIS
RICHARD C. DeMARCO
LAURA D. WARREN
JENNIFER L. SCOLIARD†
MICHAEL P. RITTINGER
ANTHONY P. TABASSO
MELISSA MacLEOD
LISA A. LORI
MATTHEW H. WERTHMAN
WILLIAM J. CLEMENTS
BRYAN D. WEISS
JOSEPH P. BRADICA
PATRICK A. COSTELLO
STEVE CUSANO
TRACY L. HASLETT
RONEN L. MITRA
RYAN A. SILVERMAN
KRISTIN M. EKERT
NICOLE R. FAUX
RANDOLPH C. RELIFORD

OF COUNSEL
DONALD M. HARRISON
C. HOCHSTADTER DICKER
PETER J. NORMAN
MARY ELLEN O'LAUGHLIN
DAVID L. ZIVE
STEPHEN C. SUSSMAN
IRA C. GUBERNICK
LYNN A. COLLINS
ALBERT T. KEYACK
MICHAEL C. FORMAN

MATTHEW J. BORGER
MARY B. HALFPENNY
JON M. KATONA
JULIE M. HOLLAND
LEE R. SUSSMAN
BRETT D. FELDMAN
MICHAEL W. YURKEWICZ††
NICOLE M. NIGRELLI
MARK A. BEAVER**
JOSEPH R. MEISS
EBIHO T. AHONKHAI
JANAKI R. CATANZARITE
PAUL P. CURTIS
DEBORA A. GONZALEZ
ROSEMARIE S. HOSLYN
JENNIFER L. SCHERER
DAWN N. ZUBRICK
SUSAN C. CORNETT
MARIA J. WING

Direct Dial: (215) 569-3007
E-Mail: MBRANZBU@klehr.com

**VIA ELECTRONIC MAIL AT LLOYDGEDDES@AOL.COM
AND FAX NO. 404-377-8981**

Lloyd G. Geddes, Jr., M.D.
Oncology & Hematology Centers of Atlanta, P.C.
Dekalb Center
465 Winn Way, Suite 231
Decatur, GA 30030

Re: <u>ASD Specialty Healthcare, Inc. v. Oncology & Hematology Centers of Atlanta, P.C. and Lloyd G. Geddes - Forbearance</u>

Dear Dr. Geddes:

Enclosed please find a Rule 26(f) Order reminding the parties to confer and develop a proposed discovery plan. The Rule 26(f) report containing the discovery plan must be filed as soon as practicable, but not later than January 4, 2006. Enclosed please find our proposed pre-trial order. Please let us know if it is acceptable. If it not acceptable, please let us know your suggested changes. If we do not hear from you, we will submit this to the court with a notation that you have not responded.

We recognize that you have contacted a debt counseling agency. Accordingly, we are forwarding a copy of this to your debt counselor. Nonetheless, because you are a defendant in this litigation, and you have personally entered an appearance, we are communicating directly


EXHIBIT B

**KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP**

December 19, 2005
Page 2

with you. If you obtain counsel who enters an appearance in the case, we will communicate with your attorney.

Very truly yours,

Morton R. Branzburg

MRB/jlt
cc: Ms. Quiana Witcher
    Heath A. Fite, Esquire
bcc: Ms. Kelly Lewis
    Debra C. Swartz, Esquire
11469-0151

PHIL1 653767-1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a<br>ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive<br>Dothan, AL 36303,<br><br>                Plaintiff,<br>    v.<br><br>ONCOLOGY & HEMATOLOGY CENTERS OF<br>ATLANTA, P.C.<br>465 Winn Way, Suite 231<br>Decatur, GA 30030,<br><br>                and<br><br>LLOYD G. GEDDES<br>1325 Scott Boulevard<br>Decatur, GA 30030,<br><br>                Defendants. | CIVIL ACTION<br><br>NO. 1:05cv0591 |

## REPORT OF PARTIES PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held by telephone on _____, 2005, and was attended by Morton R. Branzburg, Esquire, on behalf of the Plaintiff; Lloyd G. Geddes, M.D., pro se and Lloyd G. Geddes, M.D., on behalf of Oncology & Hematology Centers of Atlanta, P.C. (no attorney has yet entered an appearance for the corporate defendant).

2. **Pre-Discovery Disclosures.** The parties will exchange the information required by Federal Rule of Civil Procedure 26(a)(1) on or before January 13, 2006.

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

PHIL1 653826-1

(a) Discovery will be needed on:

All claims by Plaintiffs and all defenses by Defendants.

(b) All Discovery commenced in time to be completed by March 31, 2006.

(c) Maximum of **40** interrogatories by each party to any other party.

Responses due **30** days after service.

(d) Maximum of **40** requests for production by each party to any other party.

Responses due **30** days after service.

(e) Maximum of **20** requests for admission by each party to any other party.

Responses due **30** days after service.

(f) Each party shall be allowed to take a maximum of **5** depositions.

(g) Reports from retained experts under Rule 26(a)(2) due:

from Plaintiff by January 15, 2006.

from Defendant by February 15, 2006.

(h) Supplementations under Rule 26(e) due no later than 30 days before the close of discovery.

4. **OTHER ITEMS**

(a) The parties do not request a conference with the court before entry of the scheduling order.

(b) The parties request a pretrial conference in July 2006.

(c) All potentially dispositive motions should be filed by April 14, 2006.

(d) Settlement discussions have broken down. Dr. Geddes, who was making monthly payments of $20,000, has stopped making any payments.

2

(e)     In the event a settlement is not reached, the case should be ready for trial by August 1, 2006, and at this time is expected to take approximately one (1) day.

Respectfully submitted:  December _____, 2005.

                         BURR & FORMAN, LLP

                         By:_____
                              James J. Robinson (ROB013)
                              Heath A. Fite (FIT011)
                              3100 South Trust Tower
                              420 North 20th Street
                              Birmingham, AL   35203

                         and

                         Morton R. Branzburg, Esquire
                         Klehr, Harrison, Harvey, Branzburg & Ellers
                         260 S. Broad Street
                         Philadelphia, PA   19102
                         215-569-3007
                         Of Counsel

                         Attorneys for Plaintiff


                         By:_____
                              Lloyd G. Geddes, M.D., pro se


                         By:_____
                              Lloyd G. Geddes, M.D., President*
                              of Oncology & Hematology of Atlanta

*Dr. Geddes understands that he must retain counsel for Oncology & Hematology of Atlanta.

# BURR & FORMAN LLP
### ATTORNEYS AND COUNSELORS

**FILE COPY**

420 North Twentieth Street, Suite 3100
Birmingham, Alabama 35203-5206

(205) 251-3000
(205) 458-5100 (Fax)

Heath A. Fite
Direct Dial: (205) 458-5112
Direct Fax: (205) 244-5636
Email: hfite@burr.com

February 15, 2006

Lloyd G. Geddes, Jr., M.D.
Oncology Hematology Centers for Atlanta, P.C.
465 Winn Way
Suite 231
Decatur, Georgia 30030

Raquel Gayle
Registered Agent for OHCA
Powell Goldstein
1201 West Peachtree Street
14th Floor
Atlanta, Georgia 30309

    Re:    *ASD Specialty Healthcare, Inc. v. Oncology Hematology Centers of Atlanta, P.C., et al.*
            In the U.S. District Court for the Middle District of Alabama
            Civil Action Number 1:05-CV-591-F (WO)

Dear Dr. Geddes and Ms. Gayle:

      I write to remind you of your obligation to submit the disclosures required under Rule 26 of the Federal Rules of Civil Procedure, including the names and addresses of individuals who have information which you may use to support your defenses in this matter, documents that you may rely on to support your defenses in this matter, and any insurance agreements which may be available to satisfy part or all of the judgment in this action or indemnify or payment made to satisfy the judgment. I originally submitted my initial disclosures to you on January 25, 2006. As a courtesy, I am enclosing another copy of those disclosures. I ask that you forward to me your initial disclosures as soon as possible so that I do not have to take up this issue with the Court. Please do not hesitate to contact me if you have any questions or concerns.

                                            Very truly yours,

                                            Heath A. Fite

HAF/njh
Enclosure

EXHIBIT C

Birmingham  •  Montgomery  •  Atlanta  •  Jackson  •  Laurel

1438058

# BURR & FORMAN LLP
### ATTORNEYS AND COUNSELORS

420 North Twentieth Street, Suite 3100
Birmingham, Alabama 35203-5206

(205) 251-3000
(205) 458-5100 (Fax)

Heath A. Fite
Direct Dial: (205) 458-5112
Direct Fax: (205) 244-5636
Email: hfite@burr.com

March 10, 2006

**VIA FEDERAL EXPRESS**

Lloyd G. Geddes, Jr., M.D.
Oncology Hematology Centers for Atlanta, P.C.
465 Winn Way
Suite 231
Decatur, Georgia 30030

Re: *ASD Specialty Healthcare, Inc. v. Oncology Hematology Centers of Atlanta, P.C., et al.*
In the U.S. District Court for the Middle District of Alabama
Civil Action Number 1:05-CV-591-F (WO)

Dear Dr. Geddes:

I represent ASD Specialty Healthcare, Inc. in the above-referenced action. I write to remind you of your obligation to submit the disclosures required under Rule 26 of the Federal Rules of Civil Procedure, including the names and addresses of individuals who have information which you may use to support your defenses in this matter, documents that you may rely on to support your defenses in this matter, and any insurance agreements which may be available to satisfy part or all of the judgment in this action or indemnify or payment made to satisfy the judgment. I remind you that I submitted ASD's initial disclosures to you on January 25, 2006, and resent them to you as a courtesy in my February 15, 2006, correspondence requesting initial disclosures from you. I ask that you forward to me your initial disclosures as soon as possible. If I have not received them by Friday, March 17, 2006, I will take up this issue with the Court.

Very truly yours,

Heath A. Fite

HAF/


EXHIBIT D

Birmingham • Montgomery • Atlanta • Jackson • Laurel

1445216

# BURR & FORMAN LLP
### ATTORNEYS AND COUNSELORS

420 North Twentieth Street, Suite 3100
Birmingham, Alabama 35203-5206

(205) 251-3000
(205) 458-5100 (Fax)

Heath A. Fite
Direct Dial: (205) 458-5112
Direct Fax: (205) 244-5636
Email: hfite@burr.com

March 10, 2006

**VIA FEDERAL EXPRESS**

Lloyd G. Geddes, Jr., M.D.
Oncology Hematology Centers for Atlanta, P.C.
465 Winn Way
Suite 231
Decatur, Georgia 30030

Re:   *ASD Specialty Healthcare, Inc. v. Oncology Hematology Centers of Atlanta, P.C., et al.*
       In the U.S. District Court for the Middle District of Alabama
       Civil Action Number 1:05-CV-591-F (WO)

Dear Dr. Geddes:

I represent ASD Specialty Healthcare, Inc. in the above-referenced action. I write to remind you of your obligations under Rule 26(f) of the Federal Rules of Civil Procedure to participate in a party planning meeting to discuss the nature of the claims and defenses in this lawsuit, settlement and/or other resolution of this lawsuit, the submission of Rule 26(a)(1) disclosures, and to develop a discovery plan for the case. I realize that you have met at least once with my co-counsel in this action, Morton R. Branzburg, concerning these issues back in August 2006, and that you ignored the proposed Report of the Party Planning Meeting Mr. Branzburg sent you in December 2006.

I want to give you one more chance to comply with your duties to participate in a planning meeting before seeking Court involvement. I have enclosed a proposed Report of the Party Planning Meeting for your review. I will call your office on Monday, March 13, 2006, to discuss its contents and to engage in such a meeting. If that is not convenient, just let me know when you would like to meet next week. Otherwise, if the proposed Report suits you, just sign and return it to me for delivery by the morning of Friday, March 17, 2006.

If you are not willing to comply with these duties and involve yourself with this litigation I will be forced to seek Court involvement. In particular, If you do not meet with me and/or signify your acquiescence to the terms of the proposed Report by signing it and returning it to me by the morning of Friday, March 17, 2006, I will move the Court for a scheduling conference, entry of a scheduling order consistent with the terms of the proposed Report and seek an award of reasonable expenses, including attorney fees, for your failure to participate in a party planning meeting.

**EXHIBIT E**

Birmingham    •    Montgomery    •    [Jack]son    •    Laurel

1445250

**BURR & FORMAN LLP**

Lloyd G. Geddes, Jr., M.D.
Raquel Gayle
March 10, 2006
Page 2

---

      Furthermore, if I am unable to speak with you and hear nothing from you by the morning of Friday, March 17, 2006, I will assume that you agree with the proposed Report enclosed. Please do not hesitate to contact me should you have any questions or comments, would like to conduct a party planning meeting or would otherwise like to discuss the terms of the prposed Report.

                                  Very truly yours,

                                  Heath A. Fite

HAF/

1445250

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a<br>ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive<br>Dothan, AL 36303,<br><br>           Plaintiff,<br>     v.<br><br>ONCOLOGY & HEMATOLOGY CENTERS OF<br>ATLANTA, P.C.<br>465 Winn Way, Suite 231<br>Decatur, GA 30030,<br><br>           and<br><br>LLOYD G. GEDDES<br>1325 Scott Boulevard<br>Decatur, GA 30030,<br><br>           Defendants. | CIVIL ACTION<br><br>NO. 1:05cv0591 |

## REPORT OF PARTIES PLANNING MEETING

1.   Counsel for Plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company and Defendant Lloyd G. Geddes conducted a party planning meeting pursuant to FED. R. CIV. P. 26(f), on March _____, 2006.

2.   **Pre-Discovery Disclosures.** Plaintiff has submitted the information required by Federal Rule of Civil Procedure 26(a)(1). Defendant Geddes will submit such information on or before March 17, 2006.

3.   **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    (a)   Discovery will be needed on:

PHIL1 653826-1

          All claims by Plaintiffs and all defenses by Defendants.

(b)    All Discovery commenced in time to be completed by June 31, 2006.

(c)    Maximum of **40** interrogatories by each party to any other party.

      Responses due **30** days after service.

(d)    Maximum of **40** requests for production by each party to any other party.

      Responses due **30** days after service.

(e)    Maximum of **20** requests for admission by each party to any other party.

      Responses due **30** days after service.

(f)    Each party shall be allowed to take a maximum of **5** depositions.

(g)    Reports from retained experts under Rule 26(a)(2) due:

      from Plaintiff by April 15, 2006.

      from Defendant by May 15, 2006.

(h)    Supplementations under Rule 26(e) due no later than 30 days before the close of discovery.

4.    **OTHER ITEMS**

(a)    The parties do not request a conference with the court before entry of the scheduling order.

(b)    The parties request a pretrial conference in September 2006.

(c)    All potentially dispositive motions should be filed by July 15, 2006.

(d)    Settlement discussions have broken down. Dr. Geddes, who was making monthly payments of $20,000, has stopped making any payments.

(e)    In the event a settlement is not reached, the case should be ready for trial by October 1, 2006, and at this time is expected to take approximately one (1) day.

2

Respectfully submitted: March ___, 2006.

                    BURR & FORMAN, LLP

                    By:_____
                        Heath A. Fite (FIT011)
                        3100 Wachovia Tower
                        420 North 20th Street
                        Birmingham, AL   35203

and

Morton R. Branzburg, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers
260 S. Broad Street
Philadelphia, PA   19102
215-569-3007
Of Counsel

Attorneys for Plaintiff


_____
Dr. Lloyd G. Geddes, M.D., *pro se*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive<br>Dothan, AL 36303,<br><br>        Plaintiff,<br>    v.<br><br>ONCOLOGY & HEMATOLOGY CENTERS OF ATLANTA, P.C.<br>465 Winn Way, Suite 231<br>Decatur, GA 30030,<br><br>    and<br><br>LLOYD G. GEDDES<br>1325 Scott Boulevard<br>Decatur, GA 30030,<br><br>        Defendants. | CIVIL ACTION<br><br>NO. 1:05cv0591 |

## REPORT OF PARTIES PLANNING MEETING

Counsel for Plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company attempted to conduct a party planning meeting pursuant to FED. R. CIV. P. 26(f) with Defendant Lloyd G. Geddes by preparing a proposed Report, and sending it to Geddes for delivery on Monday, March 13, 2006, along with correspondence informing that he would call Geddes on Monday to discuss. During the afternoon of March 13, 2006, ASD's counsel called Geddes' office and left a message asking Geddes to call. Later that afternoon, Geddes called, but was not able to discuss the contents of the proposed Report because he had not yet reviewed the mailing. ASD's counsel asked Geddes to sign and send the Report back by the morning of March 17, 2006, if he approved of its terms and, otherwise, asked Geddes to call that week to discuss,



PHIL1 653826-1

particularly, if there was anything in the proposed Report Geddes wanted to change. Again, on March 16, 2006, having neither heard nor received anything from Geddes, Plaintiff's counsel called Geddes' office in an attempt to confer with Geddes about the proposed Report and Geddes' initial disclosures. Geddes was not available, Plaintiff's counsel left a message asking that Geddes call him. Again, on March 17, 2006, having neither heard nor received anything from Geddes, Plaintiff's counsel called Geddes' office in an attempt to confer with Geddes. Geddes was not available, Plaintiff's counsel left a message asking that Geddes call him. Geddes has not returned these calls. Because Geddes has expressed no opposition to the proposed Report, despite repeated attempts seeking his input, Plaintiff's counsel maintains that he consents to its terms and urges the Court to enter a Scheduling Order accordingly.

1. **Pre-Discovery Disclosures.** Plaintiff has submitted the information required by Federal Rule of Civil Procedure 26(a)(1). Today, Plaintiff is moving to compel Defendant Geddes to submit his initial disclosures.

2. **Discovery Plan.** Plaintiff proposes to the court the following discovery plan:

   (a)   Discovery will be needed on:

   All claims by Plaintiffs and all defenses by Defendants.

   (b)   All Discovery commenced in time to be completed by June 31, 2006.

   (c)   Maximum of **40** interrogatories by each party to any other party.

   Responses due **30** days after service.

   (d)   Maximum of **40** requests for production by each party to any other party.

   Responses due **30** days after service.

   (e)   Maximum of **20** requests for admission by each party to any other party.

2

                Responses due **30** days after service.

(f)    Each party shall be allowed to take a maximum of **5** depositions.

(g)    Reports from retained experts under Rule 26(a)(2) due:

                from Plaintiff by April 15, 2006.

                from Defendant by May 15, 2006.

(h)    Supplementations under Rule 26(e) due no later than 30 days before the close of discovery.

3.    **OTHER ITEMS**

(a)    Plaintiff does not request a conference with the court before entry of the scheduling order, but has no objection to participating in one should the Court deem it necessary or expeditious. .

(b)    The parties request a pretrial conference in September 2006.

(c)    All potentially dispositive motions should be filed by July 15, 2006.

(d)    Settlement discussions have broken down. Dr. Geddes, who was making monthly payments of $20,000, has stopped making any payments.

(e)    In the event a settlement is not reached, the case should be ready for trial by October 1, 2006, and at this time is expected to take approximately one (1) day.

Respectfully submitted:   March 20th, 2006.

BURR & FORMAN, LLP


By: /s/ Heath A. Fite
    Heath A. Fite (FIT011)
    3100 Wachovia Tower
    420 North 20th Street
    Birmingham, AL 35203

and

Morton R. Branzburg, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers
260 S. Broad Street
Philadelphia, PA 19102
215-569-3007
Of Counsel

Attorneys for Plaintiff

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 20h day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties. I hereby certify that on the 20th day of March, 2006, I served the following by directing the same to their office addresses through first-class, United States mail, postage prepaid:

Raquel Gayle,
Registered Agent for OHCA
Powell Goldstein
1201 West Peachtree Street
14th Floor
Atlanta, GA  30309

Lloyd G. Geddes, Jr. MD
Oncology Hematology Centers of Atlanta, P.C.
465 Winn Way, Suite 231
Decatur, Georgia  30030

/s/ Heath A. Fite
Of Counsel

5

PHIL1 653826-1