IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. ) <br> d/b/a ONCOLOGY SUPPLY COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONCOLOGY HEMATOLOGY CENTERS ) <br> OF ATLANTA, P.C., *et. al.*, ) <br> ) <br> Defendants. ) | Case No. 1:05-cv-591-MEF |

## **ORDER**

It is apparent from Plaintiff's recent filings that despite numerous attempts, Plaintiff's counsel has been unable to meet with Defendant Lloyd G. Geddes to prepare a joint Rule 26(f) Report. Accordingly, it is hereby ORDERED that

1. Plaintiff's Motion for Entry of an Order Setting a Scheduling Conference or for Entry of a Scheduling Order, or, in the Alternative, for Entry of an Order Requiring Defendant to Attend in Person a Rule 26(f) Conference (Doc. # 25) is GRANTED such that this case is REFERRED to Magistrate Judge Susan Walker to conduct a Federal Rule of Civil Procedure 16(b) scheduling conference at which Defendant Geddes is required to appear on behalf of himself.

2. Plaintiff's Motion to Compel Initial Disclosures of Defendant Lloyd G. Geddes, M.D. (Doc. # 26) is REFERRED to Judge Walker to be addressed at

the Rule 16 scheduling conference.

In addition, Geddes is once again reminded that he cannot represent Defendant Oncology Hematology Centers of Atlanta, P.C. at the scheduling conference or otherwise. Geddes must immediately obtain counsel to represent this entity or risk default judgment being entered against it.

DONE this the 23rd day of March, 2006.

                                             /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE