IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 1:05CV591-MEF ) |
| ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C. and LLOYD G. GEDDES, | ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

For good cause, it is

ORDERED that a scheduling conference, on the record, is scheduled for 4:00 p.m. on April 10, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further ORDERED that Defendant Geddes is required to appear in person on behalf of himself.

In addition Defendant Geddes is once again reminded that he cannot represent Defendant Oncology Hematology Centers of Atlanta, P.C. at the scheduling conference or otherwise. Geddes must **immediately** obtain counsel to represent this entity or risk default judgment being entered against it. Counsel for Defendant Oncology Hematology Centers of Atlanta, P.C. shall file a notice of appearance and be present for the scheduling conference set for April 10, 2006.

DONE, this 29th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE