MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE        AT MONTGOMERY, ALABAMA

DATE COMMENCED:    April 10, 2006        4:00 p.m.

DATE COMPLETED:    April 10, 2006        4:34 p.m.

ASD SPECIALTY HEALTHCARE, INC.        *

vs                                      *        1:05cv591-MEF-SRW

ONCOLOGY HEMATOLOGY CENTERS OF          *
ATLANTA; LLOYD G. GEDDES                *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Heath Alan Fite | * | David Allred (has filed appearance as to |
|  | * | Oncology & will be filing appearance as to |
|  | * | Lloyd G. Geddes) |
|  | * | Lloyd G. Geddes, Pro Se |
|  | * |  |

---

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

PROCEEDINGS:

SCHEDULING CONFERENCE:

4:00 p.m.    Court convenes
             Parties introduce themselves for the record.
4:05 p.m.    Discussions regarding scheduling.
             Mr. Allred states that this case should be set for mediation or settlement conference
             Mr. Fite is not opposed to mediation.
4:06 p.m.    Mr. Fite's statements to the court as to facts of case.
4:07 p.m.    Mr. Allred's statements to the court regarding situation and facts of case and that
             defendant would like to work out some type of payment schedule.
4:09 p.m.    Counsel's further statements as to payment schedule being worked out, defendant's
             limited amount of funds and attorney fees, etc. incurred as set out in contract.
4:10 p.m.    Court's discussions regarding setting trial schedule and initial disclosures deadlines.
             Court will recess this conference for counsel to set proposed schedule and discuss if case
             can be settled.
4:13 p.m. -  4:28 p.m.        RECESS - Counsel discussing proposed schedule and settlement.

## CONTINUATION OF PROCEEDINGS:

| | |
|---|---|
| 4:28 p.m. | Counsel discusses setting this trial in Montgomery instead of Dothan. Counsel decide to leave case in Dothan. |
| 4:30 p.m. | Mr. Allred states to court that parties have agreed on October 2, 2006 trial. All deadlines agreed to by counsel will be set out in Report of Rule 26(f) Planning Meeting to be filed with the Court by parties. |
| 4:32 p.m. | Court directs counsel to call chambers to set up mediation date. |
| 4:33 p.m. | Discussions regarding motion for entry of default against Oncology Hematology Centers of Atlanta. |
| 4:34 p.m. | Court recessed. |