IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) CASE NUMBER: 1:05-cv-591 |
| | ) |
| ONCOLOGY HEMATOLOGY | ) |
| CENTERS OF ATLANTA, P.C., *et al.,* | ) |
| | ) |
| *Defendants.* | ) |

**NOTICE OF APPEARANCE**

NOW COME **DAVID E. ALLRED** and the firm of **DAVID E. ALLRED, P.C.** and give notice of appearance on behalf of Defendant **LLOYD G. GEDDES, JR., M.D.**

_____
DAVID E. ALLRED
Attorney for Defendant
ONCOLOGY & HEMATOLOGY
CENTERS OF ATLANTA, P.C.

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:  (334) 396-9977

## CERTIFICATE OF SERVICE

I hereby certify that I have this 10th of April, 2006 filed the foregoing *Notice of Appearance* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Heath Alan Fite, Esq.    hfite@burr.com
    James Jack Robinson, Esq.    jrobinson@burr.com

A copy has also been served upon the following counsel by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 10th day of April, 2006:

    Morton R. Branzburg, Esq.
    KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS
    260 S. Broad Street
    Philadelphia, Pennsylvania 19102

_____
OF COUNSEL