IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER: 1:05-cv-591 |
| ) | |
| ONCOLOGY HEMATOLOGY ) | |
| CENTERS OF ATLANTA, P.C., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

NOW COME the defendants and move the Court for additional time to respond to the plaintiff's discovery requests and, for reason, would show unto the Court as follows:

1.   That counsel filed a notice of appearance for these defendants on April 10, 2006, and learned on this date that discovery requests were pending.

WHEREFORE, THE PREMISES CONSIDERED, these defendants move the Court for an extension of time as deemed appropriate by the Court to respond to the plaintiff's discovery requests.

　　　　　　　　　　　　　　　　　　　　　／s／ David E. Allred
　　　　　　　　　　　　　　　　　　　　　DAVID E. ALLRED
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　　ONCOLOGY & HEMATOLOGY
　　　　　　　　　　　　　　　　　　　　　CENTERS OF ATLANTA, P.C. and
　　　　　　　　　　　　　　　　　　　　　LLOYD G. GEDDES, JR., M.D.

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977

## CERTIFICATE OF SERVICE

I hereby certify that I have this 10th of April, 2006 filed the foregoing *Motion for Extension of Time to Respond to Plaintiff's Discovery Requests* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Heath Alan Fite, Esq.    hfite@burr.com
    James Jack Robinson, Esq.    jrobinson@burr.com

A copy has also been served upon the following counsel by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 10th day of April, 2006:

    Morton R. Branzburg, Esq.
    KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS
    260 S. Broad Street
    Philadelphia, Pennsylvania 19102

_____
OF COUNSEL