IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. D/b/a ONCOLOGY SUPPLY COMPANY,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ONCOLOGY HEMATOLOGY  )<br>CENTERS OF ATLANTA, P.C., et al.,  )<br>)<br>Defendants.  ) | CIVIL ACTION NO. 1:05cv591-MEF |

# **ORDER**

Upon consideration of plaintiff's motion to compel initial disclosures of defendant Lloyd G. Geddes, M.D., filed March 20, 2006, and for good cause, it is

ORDERED that the motion is GRANTED to the extent that defendant Geddes is DIRECTED to provide his initial disclosures pursuant to Fed. R. Civ. P. 26 to plaintiff's counsel on or before April 25, 2006, as agreed by the parties at the scheduling conference on April 10, 2006. Defendant Oncology Hematology Centers of Atlanta shall also serve its initial disclosures on or before this date. It is further

ORDERED that defendants' motion for an extension of time to respond to plaintiff's discovery requests is GRANTED, and defendants shall respond to all discovery requests that are presently outstanding on or before May 10, 2006.

DONE, this 11th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE