IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ONCOLOGY & HEMATOLOGY CENTERS OF ATLANTA, P.C., and LLOYD G. GEDDES,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 1:05-cv-0591-MEF |

## REPORT OF PARTIES PLANNING MEETING

1. Counsel for Plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company and Counsel for Defendants Lloyd G. Geddes and Oncology & Hematology Centers of Atlanta, P.C. conducted a party planning meeting pursuant to FED. R. CIV. P. 26(f), on April 10, 2006.

2. **Pre-Discovery Disclosures.** Plaintiff has submitted the information required by Federal Rule of Civil Procedure 26(a)(1). Defendants will submit such information on or before April 25, 2006.

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    (a) Discovery will be needed on:

    All claims by Plaintiffs and all defenses by Defendants.

    (b) All Discovery commenced in time to be completed by August 31, 2006.

    (c) Maximum of **40** interrogatories by each party to any other party.

    Responses due **30** days after service.

 (d) Maximum of **40** requests for production by each party to any other party. Responses due **30** days after service.

 (e) Maximum of **20** requests for admission by each party to any other party. Responses due **30** days after service.

 (f) Each party shall be allowed to take a maximum of **5** depositions.

 (g) Reports from retained experts under Rule 26(a)(2) due:

 from Plaintiff by June 1, 2006.

 from Defendant by July 1, 2006.

 (h) Supplementations under Rule 26(e) due no later than 30 days before the close of discovery.

4. **OTHER ITEMS**

 (a) The parties do not request a conference with the court before entry of the scheduling order.

 (b) The parties request a pretrial conference in September 2006.

 (c) All potentially dispositive motions should be filed by July 10, 2006.

 (d) Settlement may be enhanced by use of mediation. The parties will contact the court concerning mediation once they have determined that it is needed.

 (e) In the event a settlement is not reached, the case should be ready for trial by October 2, 2006, and at this time is expected to take approximately one (1) day.

Respectfully submitted: April //, 2006.

2

PHIL1 653826-1

BURR & FORMAN, LLP

By: /s/ Heath A. Fite
Heath A. Fite (FIT011)
3100 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

and

Morton R. Branzburg, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers
260 S. Broad Street
Philadelphia, PA 19102
215-569-3007
Of Counsel

Attorneys for Plaintiff


DAVID E. ALLRED, P.C.

/s/ David E. Allred
David E. Allred
P.O. Box 241594
Montgomery, AL 36124-1594
334-396-9200

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 11 day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties.

_____
Of Counsel

4