IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. ) <br> d/b/a ONCOLOGY SUPPLY COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONCOLOGY HEMATOLOGY CENTERS ) <br> OF ATLANTA, P.C., *et. al.*, ) <br> ) <br> Defendants. ) | Case No. 1:05-cv-591-MEF <br> (WO - not for publication) |

## ORDER

On May 1, 2006, this court entered an Order (Doc. # 37). It has come to the court's attention that the Order inadvertently omitted footnote numbers from the body of the text. Accordingly, the court will on this date re-enter that Order with the footnote numbers included. Nothing about the re-entry of this Order is intended to in any way modify the substance of the Order. It simply being done to make the record more clear.

DONE this the 3rd day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE