IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ASD SPECIALTY HEALTHCARE, INC. | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | CASE NUMBER: 1:05-cv-591 |
| | ) | |
| ONCOLOGY HEMATOLOGY | ) | |
| CENTERS OF ATLANTA, P.C., *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

## MOTION TO WITHDRAW

NOW COMES the undersigned counsel and moves the Court to permit withdrawal from the case as counsel for Defendants **ONCOLOGY & HEMATOLOGY CENTERS OF ATLANTA, P.C.** and **LLOYD G. GEDDES, JR.** and, for reason, counsel says that he is unable to contact and communicate with the client.

Respectfully submitted,

_____
DAVID E. ALLRED

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:   (334) 396-9977

## CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of June, 2006 filed the foregoing *Motion to Withdraw* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Southern Division, using the CM/ECF system, which will send notification of such filing to:

    Heath Alan Fite, Esq.        hfite@burr.com
    James Jack Robinson, Esq.   jrobinson@burr.com

A copy has also been served upon the following counsel by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 8th day of June, 2006:

    Morton R. Branzburg, Esq.
    KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS
    260 S. Broad Street
    Philadelphia, Pennsylvania 19102

 

_____
OF COUNSEL