IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., ) | |
| d/b/a Oncology Supply Company, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1-05-cv-591-MEF |
| ) | |
| ONCOLOGY HEMATOLOGY CENTERS ) | |
| OF ATLANTA, PC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #40) filed on June 8, 2006 by counsel for the defendants, it is hereby

ORDERED that the motion is set for hearing on July 12, 2006 at 2:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 9th day of June, 2006.

                                              /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE