IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. ) <br> d/b/a ONCOLOGY SUPPLY COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONCOLOGY HEMATOLOGY CENTERS ) <br> OF ATLANTA, P.C., *et. al.*, ) <br> ) <br> Defendants. ) | Case No. 1:05-cv-591-MEF |

## **ORDER**

This cause is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint (Doc. # 42). Upon consideration, it is hereby ORDERED that the motion is GRANTED.

DONE this the 23rd day of June, 2006.

                                                             /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE