IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

|  |  |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY, <br><br> Plaintiff, <br><br> v. <br><br> ONCOLOGY & HEMATOLOGY CENTERS OF ATLANTA, P.C., <br><br> and <br><br> LLOYD G. GEDDES, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 1:05cv0591 |

**PLAINTIFF'S LIMITED OBJECTION TO MOTION OF
DEFENDANTS' COUNSEL FOR LEAVE TO WITHDRAW**

On or about June 8, 2006, counsel for the Defendants' filed a motion seeking leave to withdraw as counsel for the Defendants (the "Motion"), stating that he was unable to communicate with or contact his clients. A hearing is currently scheduled on the Motion for July 12, 2006.

The plaintiff objects to an Order being entered granting the Motion to the extent that allowing the relief requested would delay discovery, preparation for trial, or trial itself. Accordingly, any Order granting the Motion should condition current Defendants' counsel's withdrawal upon the entry of appearance of replacement counsel and should specify that in the meantime, the case shall proceed without delay.

1477932

                RESPECTFULLY SUBMITTED,

                _____s/Heath A. Fite_____
                Heath A. Fite (FIT011)

                One of Plaintiff's Attorneys

**OF COUNSEL:**

**Burr & Forman LLP**
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Phone:  (205) 251-3000
Facsimile:  (205) 458-5100

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing to David E. Allred on June 27, 2006.

                _____s/Heath A. Fite_____
                Of Counsel

1477932