# MINUTES

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Honorable Mark E. Fuller,              AT MONTGOMERY, AL

DATE COMMENCED:    7-12-06            AT 2:20 p.m.
DATE COMPLETED:    7-12-06            AT 2:30 p.m

ASD Specialty Healthcare, Inc.   )
                                 )
    vs.                          )    CV NO. 1:05CV591-MEF
                                 )
Oncology Hematology Centers of   )
Atlanta, PC, et al.

_____
    Plaintiff           APPEARANCES        Defendant
Heath A. Fite                              David Allred

_____
              Court Officials Present:

Jimmy Dickens, Court Reporter
Meredyth Cohen, Law Clerk
Kelli Gregg, Courtroom Clerk

_____
              COURTROOM PROCEEDINGS

7/12/06   Motion to Withdraw by Defendant

    2:20 p.m. -    Court convenes.
                   Counsel Allred states the grounds for filing
                   his Motion to Withdraw from this case.
                   Plaintiffs counsel responds to the Motion to
                   Withdraw filed by counsel for the defendants.
                   Court states that defendants, Dr. Geddes and
                   the Oncology Hematology Centers of Atlanta,
                   PC are not here today.  The Court will DENY
                   the Motion to Withdraw with leave to re-file
                   at a later date.  The Court ORALLY ORDERS
                   that Dr. Geddes and Oncology Hematology
                   Centers of Atlanta, PC participate in
                   whatever discovery  Rules 30, 31, 33,34 or 36
                   of Civil Rules of Procedure require.  If they
                   fail to participate in discovery, the Court
                   will refer the corporation and Dr. Geddes to
                   the sanctions available to this Court

|  |  |
|---|---|
|  | pursuant to Rule 37 of this Court.  It will be a direct violation of this Court if discovery is not met pursuant to Rule 37 (b)(2)C in which this Court could render a judgment by default against the disobedient party.  Counsel should set whatever future discovery it deems necessary at a time convenient with Mr. Allred and the defendants under this Courts direct order in complying with discovery.  If there is noncompliance, the Court would consider Mr. Allred's filing of another Motion to Withdraw as Counsel.  Court asks that Mr. Fite set discovery within the next 30 days from today's date. |
| 2:30 p.m. - | Court is in recess. |