**Henley, Norma**

| | |
|---|---|
| **From:** | efile_notice@almd.uscourts.gov |
| **S** | Wednesday, July 12, 2006 3:21 PM |
| **To:** | almd_mailout@almd.uscourts.gov |
| **Subject:** | Activity in Case 1:05-cv-00591-MEF-SRW ASD Specialty Healthcare, Inc. v. Oncology Hematology Centers of Atlanta, PC et al "Motion Hearing" |

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Alabama Middle District

Notice of Electronic Filing

The following transaction was received from kcg, entered on 7/12/2006 at 3:21 PM CDT and filed on 7/12/2006
**Case Name:**       ASD Specialty Healthcare, Inc. v. Oncology Hematology Centers of Atlanta, PC et al
**Case Number:**     1:05-cv-591
**Filer:**
**Document Number:** 46

**Docket Text:**
Minute Entry for proceedings held before Judge Mark E. Fuller : Motion Hearing held on 7/12/2006 re [40] MOTION to Withdraw filed by Oncology Hematology Centers of Atlanta, PC,, Lloyd G. Geddes,. (Court Reporter James R. Dickens.) (kcg, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=7/12/2006] [FileNumber=568760-0]
[2bca0f8756949da34722af85827e450ad7480b070a50012b7bc58986992a568ef523
24f8f51c46a2244fdf09995308392bb3824ec83d288287ad3ff72123ee056]]

**1:05-cv-591 Notice will be electronically mailed to:**

David Earl Allred      dallred@allredpclaw.com, bflowers@allredpclaw.com

Morton R. Branzburg      mbranzburg@klehr.com, jtaylor@klehr.com; steberian@klehr.com

Heath Alan Fite      hfite@burr.com, cfalctmail@burr.com; nhenley@burr.com

Reid Stephen Manley      rmanley@burr.com, kbassett@burr.com; cfalctmail@burr.com

James Jack Robinson      jrobinson@burr.com

**1:05-cv-591 Notice will be delivered by other means to:**

Lloyd G. Geddes

7/12/2006

**EXHIBIT 2**

c/o Oncology Hematology Centers of Atlanta, P.C.
465 Winn Way
Suite 231
Decatur, GA 30030

Oncology Hematology Centers of Atlanta, PC
c/o Lloyd G. Geddes
465 Winn Way
Suite 231
Decatur, GA 30030

7/12/2006

# MINUTES

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Honorable Mark E. Fuller,                    AT MONTGOMERY, AL

DATE COMMENCED:   7-12-06                    AT 2:20 p.m.
DATE COMPLETED:   7-12-06                    AT 2:30 p.m

ASD Specialty Healthcare, Inc.   )
                                 )
     vs.                         )           CV NO. 1:05CV591-MEF
                                 )
Oncology Hematology Centers of   )
Atlanta, PC, et al.

| Plaintiff | APPEARANCES | Defendant |
|---|---|---|
| Heath A. Fite | | David Allred |

Court Officials Present:

Jimmy Dickens, Court Reporter
Meredyth Cohen, Law Clerk
Kelli Gregg, Courtroom Clerk

COURTROOM PROCEEDINGS

7/12/06   Motion to Withdraw by Defendant

2:20 p.m. -   Court convenes.
              Counsel Allred states the grounds for filing
              his Motion to Withdraw from this case.
              Plaintiffs counsel responds to the Motion to
              Withdraw filed by counsel for the defendants.
              Court states that defendants, Dr. Geddes and
              the Oncology Hematology Centers of Atlanta,
              PC are not here today. The Court will DENY
              the Motion to Withdraw with leave to re-file
              at a later date. The Court ORALLY ORDERS
              that Dr. Geddes and Oncology Hematology
              Centers of Atlanta, PC participate in
              whatever discovery Rules 30, 31, 33,34 or 36
              of Civil Rules of Procedure require. If they
              fail to participate in discovery, the Court
              will refer the corporation and Dr. Geddes to
              the sanctions available to this Court

|  |  |
|---|---|
|  | pursuant to Rule 37 of this Court.  It will be a direct violation of this Court if discovery is not met pursuant to Rule 37 (b)(2)C in which this Court could render a judgment by default against the disobedient party.  Counsel should set whatever future discovery it deems necessary at a time convenient with Mr. Allred and the defendants under this Courts direct order in complying with discovery.  If there is noncompliance, the Court would consider Mr. Allred's filing of another Motion to Withdraw as Counsel. Court asks that Mr. Fite set discovery within the next 30 days from today's date. |
| 2:30 p.m. - | Court is in recess. |