IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY, <br><br> Plaintiff, <br><br> v. <br><br> ONCOLOGY & HEMATOLOGY CENTERS OF ATLANTA, P.C., and LLOYD G. GEDDES, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 1:05-cv-0591-MEF |

## NOTICE OF TAKING RULE 30(B)(6) DEPOSITION

**TO:**  David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, AL 36124-1594
Telephone: (334) 396-9200
Facsimile: (334) 396-9977

**PLEASE TAKE NOTICE** that Plaintiff ASD Specialty Healthcare, Inc. d/b/a/ Oncology Supply ("Plaintiff" or "ASD") will take the deposition upon oral examination of the Rule 30(b)(6) representative of Defendant Oncology & Hematology Centers of Atlanta, P.C. ("Defendant" or "OHC") listed herein at the following time, date, and location:

**DEPONENT:**  Rule 30(b)(6) Representative of Oncology & Hematology Centers of Atlanta, P.C.

**TIME:**  10:30 a.m. CDT

**DATE:**  July 27, 2006

**LOCATION:**  DAVID E. ALLRED, P.C.
7030 Fain Park Drive, Suite 9
Montgomery, Alabama

1482433

EXHIBIT 3

Pursuant to Fed. R. Civ. P. 30(b)(6), Defendant Oncology & Hematology Centers of Atlanta, P.C. is requested to designate such person or persons most knowledgeable regarding the following matters:

1. The business dealings between OHC and ASD, including communications between ASD and OHC, business solicitations between ASD and OHC, negotiations between ASD and OHC, contracts between ASD and OHC, the sale and delivery of goods by ASD to OHC, payments made by OHC to ASD, amounts owed by OHC to ASD, and the course of dealing between ASD and OHC.

2. The allegations of the Complaint and First Amended Complaint in this action.

3. The affirmative defenses, admissions, and denials contained in the Answer of OHC.

4. The information sought in Plaintiff's First Set of Interrogatories to Defendants.

Said deposition shall be conducted pursuant to the Federal Rules of Civil Procedure and before an officer duly authorized by law to administer oaths. Said deposition will continue from time to time until completed and may be used for any purpose permitted under the Federal Rules of Civil Procedure.

DATED: July 14, 2006

Respectfully submitted,

*Heath A. Fite*
Heath A. Fite (FIT011)

One of Plaintiff's Attorneys

**OF COUNSEL:**

**BURR & FORMAN, LLP**
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to David E. Allred at his office address via facsimile to (334) 396-9977 and through first-class, United States mail, postage prepaid, on this the 14th day of July to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, AL 36124-1594

/s/ Heath A. Fite
Heath A. Fite

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONCOLOGY & HEMATOLOGY CENTERS OF ATLANTA, P.C., and LLOYD G. GEDDES,<br><br>　　　　　Defendants. | CIVIL ACTION<br><br>NO. 1:05-cv-0591-MEF |

## NOTICE OF TAKING DEPOSITION

**TO:**   David E. Allred
　　　　DAVID E. ALLRED, P.C.
　　　　Post Office Box 241594
　　　　Montgomery, AL 36124-1594
　　　　Telephone: (334) 396-9200
　　　　Facsimile: (334) 396-9977

**PLEASE TAKE NOTICE** that Plaintiff ASD Specialty Healthcare, Inc. will take the deposition upon oral examination of Defendant Lloyd G. Geddes listed herein at the following time, date, and location:

**DEPONENT:**   Lloyd G. Geddes

**TIME:**   10:30 a.m. CDT

**DATE:**   July 27, 2006

**LOCATION:**   **DAVID E. ALLRED, P.C.
7030 Fain Park Drive, Suite 9
Montgomery, Alabama**

Said deposition shall be conducted pursuant to the Federal Rules of Civil Procedure and before an officer duly authorized by law to administer oaths. Said deposition will continue from

1482429

time to time until completed and may be used for any purpose permitted under the Federal Rules of Civil Procedure.

DATED: July 14, 2006

Respectfully submitted,

*/s/ Heath A. Fite*
Heath A. Fite (FIT011)

One of Plaintiff's Attorneys

**OF COUNSEL:**

**BURR & FORMAN, LLP**
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to David E. Allred at his office address via facsimile to (334) 396-9977 and through first-class, United States mail, postage prepaid, on this the 14th day of July to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, AL 36124-1594

*/s/ Heath A. Fite*
Heath A. Fite
