IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. )<br>)<br>*Plaintiff,* )<br>)<br>vs. )<br>)<br>ONCOLOGY HEMATOLOGY )<br>CENTERS OF ATLANTA, P.C., *et al.,* )<br>)<br>*Defendants.* ) | CASE NUMBER: 1:05-cv-591 |

### RESPONSES OF DEFENDANTS
### ONCOLOGY & HEMATOLOGY CENTERS OF ATLANTA, P.C.
### AND LLOYD G. GEDDES, JR.
### TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS

NOW COME **ONCOLOGY & HEMATOLOGY CENTERS OF ATLANTA, P.C.** and **LLOYD G. GEDDES, JR.** and respond to plaintiff's First Requests for Admissions as follows:

1. Admitted.

2. Denied. The defendants say that the duties and obligations of Defendant Geddes are set out in the surety agreement between Geddes and Oncology Supply dated January 28, 2004.

3. Denied. The amount owed as of May 26, 2005 was $155,028.90.

4. Admitted.

5. Denied. The principal balance as of April 3, 2006 was $101,676.57 (see Oncology Supply statement dated April 3, 2006 attached hereto as Exhibit A). Moreover, this defendant has made three payments of $20,000 each on July 15, 2005, April 15, 2005,



EXHIBIT 6

and August 31, 2005, for which the defendants have not been given credit. Copies of these payments totaling $60,000 are attached hereto as Exhibit B.

6. Admitted.

7. Denied. These defendants admit, however, that Exhibit C is a true and correct copy of a proprietor guaranty, which document sets forth the duties and obligations of the parties.

8. Denied. See Exhibit B attached hereto and referenced in response to Request for Admissions Number 5.

9. Denied. See response to Request for Admissions Number 8.

10. Admitted.

11. Admitted.

12. Denied. See Exhibits A and B attached to these defendants' response to Request for Admissions Number 5. The plaintiff has failed to give credit for payments made by or on behalf of the defendants.

13. Denied. These defendants have made payments totaling $60,000 for which credit has not been given. These payments are referenced in response to these defendants' responses to Request for Admissions Number 5.

14. Admitted.

_____
DAVID E. ALLRED
Attorney for Defendants
ONCOLOGY & HEMATOLOGY
CENTERS OF ATLANTA, P.C. and
LLOYD G. GEDDES, JR.

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th of April, 2006 filed the foregoing *Responses of Defendants Oncology & Hematology Centers of Atlanta, P.C. and Lloyd G. Geddes, Jr. to Plaintiff's First Requests for Admissions* by placing a copy of same in the United States Mail, first-class postage prepaid:

>Heath A. Fite, Esq.
>BURR & FORMAN, LLP
>3100 Wachovia Tower
>420 North 20th Street
>Birmingham, Alabama 35203-5206
>
>Morton R. Branzburg, Esq.
>KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS
>260 S. Broad Street
>Philadelphia, Pennsylvania 19102

_____
OF COUNSEL



# STATEMENT

**Remit To:**
Oncology Supply
Attn.: Accounting
P. O. Box 676554
Dallas, TX 75267-6554
(888) 877-8430 (Phone)
(334) 984-2448 (Fax)

www.oncologysupply.com

| Customer No.: | |
|---|---|
| Page: | 000049792 |
| Date: | 1 |
| Business Partner Type: | 04-03-2006 |
| Line of Business: | |

**Invoice To:**

ONCOLOGY/HEMATOLOGY CTRS OF ATLANTA
465 WINN WAY SUITE 231
DECATUR, GA  30030

**Ship To:**

ONCOLOGY/HEMATOLOGY CTRS OF ATLANTA
465 WINN WAY SUITE 231
DECATUR, GA  30030

| Document No. | Invoice Date | Reference/ PO Number | Due Date | Invoice Amount | | Last Receipt | Amount Recvd. | Invoice Balance |
|---|---|---|---|---|---|---|---|---|
| 130 10706777 | 08-12-04 | | 10-26-04 | USD | 1,418.15 | 05-25-05 | 290.30- | 1,127.85 |
| 130 10709156 | 08-16-04 | | 10-30-04 | USD | 9,151.19 | 07-18-05 | 5,607.74- | 3,543.45 |
| 130 10730836 | 09-10-04 | | 11-24-04 | USD | 2,647.15 | | 0.00 | 2,647.15 |
| 130 10734486 | 09-14-04 | maureen | 11-28-04 | USD | 8,013.78 | | 0.00 | 8,013.78 |
| 130 10740815 | 09-22-04 | DASHA | 12-06-04 | USD | 6,691.70 | | 0.00 | 6,691.70 |
| 130 10742627 | 09-24-04 | | 12-08-04 | USD | 340.55 | | 0.00 | 340.55 |
| 130 10743149 | 09-24-04 | | 12-08-04 | USD | 6,078.28 | | 0.00 | 6,078.28 |
| 130 10743719 | 09-27-04 | | 12-11-04 | USD | 6,311.95 | | 0.00 | 6,311.95 |
| 30 10746388 | 09-29-04 | | 12-13-04 | USD | 4,945.91 | | 0.00 | 4,945.91 |
| 130 10748426 | 09-30-04 | | 12-14-04 | USD | 122.10 | | 0.00 | 122.10 |
| 130 10750068 | 10-04-04 | | 12-18-04 | USD | 7,180.30 | | 0.00 | 7,180.30 |
| 130 10750069 | 10-04-04 | | 12-18-04 | USD | 5,153.94 | | 0.00 | 5,153.94 |
| 130 10751408 | 10-05-04 | | 12-19-04 | USD | 5,209.79 | | 0.00 | 5,209.79 |
| 130 10751409 | 10-05-04 | | 12-19-04 | USD | 1,424.85 | | 0.00 | 1,424.85 |
| 130 10754920 | 10-08-04 | | 12-22-04 | USD | 9,731.89 | | 0.00 | 9,731.89 |
| 130 10756119 | 10-11-04 | | 12-25-04 | USD | 5,115.94 | | 0.00 | 5,115.94 |
| 130 10757380 | 10-12-04 | | 12-26-04 | USD | 3,276.53 | | 0.00 | 3,276.53 |
| 130 10761486 | 10-15-04 | | 12-29-04 | USD | 5,667.18 | | 0.00 | 5,667.18 |
| 130 10763808 | 10-19-04 | | 01-02-05 | USD | 3,599.73 | | 0.00 | 3,599.73 |
| 130 10766341 | 10-21-04 | | 01-04-05 | USD | 3,909.11 | | 0.00 | 3,909.11 |
| 130 10767155 | 10-22-04 | | 01-05-05 | USD | 11,057.24 | | 0.00 | 11,057.24 |
| 130 10768385 | 10-25-04 | | 01-08-05 | USD | 529.43 | | 0.00 | 529.43 |
| CS3 10208822 | 09-15-05 | | 09-15-05 | USD | -6,649.75 | 09-14-05 | 6,647.67 | 2.08- |

**AGING ANALYSIS IN DAYS**                                              **TOTAL DUE ⇒**   101,676.57

| Current | 1-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 101,676.57 |

000049792

*A Subsidiary of Bergen Brunswig Corporation*

**EXHIBIT A**