IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive,<br>Dothan, Alabama 36303,<br><br>     Plaintiff,<br> v.<br><br>ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C.<br>465 Winn Way, Suite 231<br>Decatur, GA 30030,<br><br>     and<br><br>LLOYD G. GEDDES<br>1325 Scott Boulevard<br>Decatur, GA 30030,<br><br>     Defendants. | CIVIL ACTION NO.:<br>1:05-cv-591-MEF-SRW |

## DECLARATION OF FEES

COUNTY OF PHILADELPHIA  :

                 : ss

COMMONWEALTH OF PENNSYLVANIA  :

  Shahan G. Teberian, Esquire, an adult individual, being duly sworn according to law, deposes and states as follows:

  1.  I am a partner at the law firm of Klehr, Harrison, Harvey, Branzburg & Ellers, LLP, which serves as counsel for the plaintiff ASD Specialty Health Care, Inc., d/b/a Oncology Supply ("ASD"), in the above-captioned action.

  2.  The fees and costs incurred by ASD for services rendered by this firm through August 1, 2006 equal $14,843.10, of which $4,547.85 represents costs.

PHIL1 689941-1

EXHIBIT 8

3. My partner, Morton R. Branzburg, Esquire, and I anticipate working on various matters relating to this matter after August 1, 2006. We intend, and respectfully request permission, to submit a supplemental declaration of fees for such additional time worked and costs incurred from and after August 1, 2006, if necessary.

4. My hourly rate of $275.00 and Mr. Branzburg's hourly rate of $440.00 are reasonable compared to other attorneys of our respective experiences and seniorities. I was admitted to the bar in 1993, and am a partner in the firm's Bankruptcy/Insolvency and Litigation Departments. Mr. Branzburg was admitted to the bar in 1976, is a founding partner of this firm, and is the Chairman of the firm's Bankruptcy/Insolvency Department.

I could testify competently as to these matters if called upon so to do. I make these statements upon penalty of perjury.

_____
Shahan G. Teberian, Esquire

Sworn to and subscribed
Before me, this 1st day of
August 2006.

_____
NOTARY PUBLIC

My commission expires: 2/27/09

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANNE M. FOODY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 27, 2009

PHIL1 689941-1