IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive,<br>Dothan, Alabama 36303,<br><br>    Plaintiff,<br>v.<br><br>ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C.<br>465 Winn Way, Suite 231<br>Decatur, GA 30030,<br><br>    and<br><br>LLOYD G. GEDDES<br>1325 Scott Boulevard<br>Decatur, GA 30030,<br><br>    Defendants. | CIVIL ACTION NO.:<br>1:05-cv-591-MEF-SRW |

## DECLARATION OF FEES

COUNTY OF JEFFERSON    :

                 :   ss

STATE OF ALABAMA     :

  Heath A. Fite, Esquire, an adult individual, being duly sworn according to law, deposes and states as follows:

  1.  I am an associate at the law firm of Burr & Forman LLP, which serves as counsel for the plaintiff ASD Specialty Health Care, Inc., d/b/a Oncology Supply ("ASD"), in the above-captioned action.

  2.  The fees and costs incurred by ASD for services rendered by this firm through August 1, 2006 equal $5,643.95, of which $470.95 represents costs and expenses.

  3.  I anticipate working on various matters relating to this matter after August 1, 2006. I intend, and respectfully request permission, to submit a supplemental declaration of fees for such additional time worked and costs incurred from and after August 1, 2006, if necessary.



EXHIBIT G

PHIL1 689941-1

      4.     My hourly rate of $198.15 is reasonable compared to other attorneys of my experience and seniority. I was admitted to the bar in 2001, and am an associate in the firm's Litigation Section.

      I could testify competently as to these matters if called upon so to do. I make these statements upon penalty of perjury.

                                          _____
                                          Heath A. Fite, Esquire

Sworn to and subscribed
Before me, this 2nd day of
August 2006.

_____
NOTARY PUBLIC

My commission expires: 5-25-09