IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., ) d/b/a Oncology Supply Company, ) ) Plaintiff, ) ) v. ) ) ONCOLOGY HEMATOLOGY CENTERS ) OF ATLANTA, PC., *et al.,* ) ) Defendants. ) | CASE NO. 1:05-cv-591-MEF |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Sanctions (Doc. #47) filed on August 2, 2006, it is hereby

ORDERED that the defendants show cause in writing on or before August 14, 2006 as to why the motion should not be granted.

DONE this the 3rd day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE