IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. ) <br> ) <br> *Plaintiff,* ) <br> ) <br> vs. ) <br> ) <br> ONCOLOGY HEMATOLOGY ) <br> CENTERS OF ATLANTA, P.C., *et al.*, ) <br> ) <br> *Defendants.* ) | CASE NUMBER: 1:05-cv-591 |

## OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS

NOW COME Defendants **ONCOLOGY & HEMATOLOGY CENTERS OF ATLANTA, P.C.** and **LLOYD G. GEDDES, JR.**, by and through their counsel of record, and oppose the plaintiff's motion for sanctions.

_____
DAVID E. ALLRED
Attorney for Defendants
ONCOLOGY & HEMATOLOGY
CENTERS OF ATLANTA, P.C. and
LLOYD G. GEDDES, JR., M.D.

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:   (334) 396-9977

## CERTIFICATE OF SERVICE

I hereby certify that I have this 4th day of August, 2006 filed the foregoing *Opposition to Plaintiff's Motion for Sanctions* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Southern Division, using the CM/ECF system, which will send notification of such filing to:

> Heath Alan Fite, Esq.          hfite@burr.com
> James Jack Robinson, Esq.     jrobinson@burr.com

A copy has also been served upon the following counsel by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 4th day of August, 2006:

> Morton R. Branzburg, Esq.
> KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS
> 260 S. Broad Street
> Philadelphia, Pennsylvania 19102

_____
OF COUNSEL