IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) CASE NUMBER: 1:05-cv-591 |
| | ) |
| ONCOLOGY HEMATOLOGY | ) |
| CENTERS OF ATLANTA, P.C., *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

## RENEWED MOTION TO WITHDRAW

NOW COMES the undersigned and renews the Motion to Withdraw as counsel previously made and, for reason, says that the client still will not contact counsel in order to comply with the Court's Orders or to prepare the defense of the case.

Respectfully submitted,

_____
DAVID E. ALLRED
Attorney for Defendants
ONCOLOGY & HEMATOLOGY
CENTERS OF ATLANTA, P.C. and
LLOYD G. GEDDES, JR., M.D.

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone: (334) 396-9200
Facsimile: (334) 396-9977

## CERTIFICATE OF SERVICE

I hereby certify that I have this 4th day of August, 2006 filed the foregoing *Renewed Motion to Withdraw* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Southern Division, using the CM/ECF system, which will send notification of such filing to:

    Heath Alan Fite, Esq.        hfite@burr.com
    James Jack Robinson, Esq.   jrobinson@burr.com

A copy has also been served upon the following counsel by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 4th day of August, 2006:

    Morton R. Branzburg, Esq.
    KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS
    260 S. Broad Street
    Philadelphia, Pennsylvania 19102

_____
OF COUNSEL