IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) CASE NUMBER: 1:05-cv-591 |
| | ) |
| ONCOLOGY HEMATOLOGY | ) |
| CENTERS OF ATLANTA, P.C., *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

## RESPONSE TO SHOW CAUSE ORDER

NOW COME the defendants, by and through their attorney of record, and for response to the Court's Order to Show Cause, these defendants, through counsel, ask that the Court refrain from entry of sanctions against these defendants and forego the taking of any adverse action against these defendants. The undersigned counsel says that he has been unable to contact or communicate with the client.

Respectfully submitted,

_____
DAVID E. ALLRED
Attorney for Defendants
ONCOLOGY & HEMATOLOGY
CENTERS OF ATLANTA, P.C. and
LLOYD G. GEDDES, JR., M.D.

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone: (334) 396-9200
Facsimile: (334) 396-9977

## CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of August, 2006 filed the foregoing *Response to Show Cause Order* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Southern Division, using the CM/ECF system, which will send notification of such filing to:

> Heath Alan Fite, Esq.          hfite@burr.com
> James Jack Robinson, Esq.      jrobinson@burr.com

A copy has also been served upon the following counsel by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 8th day of August, 2006:

> Morton R. Branzburg, Esq.
> KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS
> 260 S. Broad Street
> Philadelphia, Pennsylvania 19102

_____
OF COUNSEL