| | PLAINTIFFS EXHIBITS<br><br>CA NO. 1:05CV591-MEF | | | | | ASD SPECIALTY HEALTHCARE, INC.<br><br>vs<br><br>ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, PC, ET AL. | | |
|---|---|---|---|---|---|---|---|---|
| **Damages Hearing  9/7/06** | | | | | | **PRESIDING JUDGE: MARK E. FULLER** | | |
| **exhibits with court file in separate binder** | | | | | | **Court Reporter: Jimmy Dickens** | | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | | OBJ | DESCRIPTION | |
| YES | 9/7/06 | 9/7/06 | A | Lewis | | | Application for New Account | |
| YES | 9/7/06 | 9/7/06 | B | Lewis | | | Oncology Supply Proprietor Guaranty | |
| YES | 9/7/06 | 9/7/06 | C | Lewis | | | 10/28/05 Statement for Dr. Geddes | |