IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ASD SPECIALTY HEALTHCARE, INC. | ) | |
| | ) | |
| | ) | |
| vs. | ) | CV NO. 1:05CV591-MEF |
| | ) | |
| ONCOLOGY HEMATOLOGY CENTERS | ) | |
| OF ATLANTA, PC, ET AL. | | Damages Hearing: 9/7/06 |
| | | Before: Chief Judge Mark E. Fuller |

## WITNESS LIST

**PLAINTIFF**                                                                 **DEFENDANT**

Kelly Lewis