IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., ) | |
| d/b/a Oncology Supply Company,  ) | |
|   ) | |
|   Plaintiff,   ) | |
| v.   ) | CASE NO. 1-05-cv-591-MEF |
|   ) | |
| ONCOLOGY HEMATOLOGY CENTERS ) | |
| OF ATLANTA, PC., *et al.,*   ) | |
|   ) | |
|   Defendants.   ) | |

# **O R D E R**

This cause is before the Court on David E. Allred's Renewed Motion to Withdraw (Doc. # 50). The Court held a hearing on the motion on September 7, 2006. Upon consideration, it is hereby ORDERED that the motion is GRANTED for the reasons stated in the motion and during the hearing.

DONE this the 11th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE