IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ASD SPECIALTY HEALTHCARE, INC. d/b/a )
ONCOLOGY SUPPLY, )
 )
Plaintiff, )
 )
v. ) CIVIL ACTION NO. 1:05-CV-591-
 ) MEF-SRW
ONCOLOGY HEMATOLOGY CENTERS OF )
ATLANTA, P.C. and LLOYD G. GEDDES, )
 )
Defendants. )

## NOTICE OF FILING BY ASD SPECIALTY HEALTHCARE, INC. D/B/A ONCOLOGY SUPPLY

**COMES NOW** ASD Specialty Healthcare, Inc. d/b/a Oncology Supply (hereinafter "ASD"), and, in accordance with the Court's Order, hereby files the attached Declarations of Plaintiff's counsel concerning attorneys' fees and expenses as follows:

1. Supplemental Declaration of Fees, executed by Shahan G. Teberian, Esquire, attached hereto as Exhibit 1; and

2. Supplemental Declaration of Fees, executed by Heath A. Fite, Esquire, attached hereto as Exhibit 2.

Respectfully submitted this 15th day of September, 2006.

1500542

/s/ Heath A. Fite
Reid S. Manley (MAN039)
Heath A. Fite (FIT011)

Attorneys for Plaintiff
ASD SPECIALTY HEALTHCARE, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 15th day of September, 2006, I have served a copy of the foregoing NOTICE OF FILING by Notice of Electronic Filing to David E. Allred.

I hereby certify that a copy of the foregoing NOTICE OF FILING has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 15th day of September, 2006:

Lloyd G. Geddes
c/o Oncology Hematology Centers of Atlanta, P.C.
465 Winn Way
Suite 231
Decatur, GA 30030

Oncology Hematology Centers of Atlanta, P.C.
c/o Lloyd G. Geddes
465 Winn Way
Suite 231
Decatur, GA 30030

/s/ Heath A. Fite
Of Counsel

1500542

2