IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive,<br>Dothan, Alabama 36303,<br><br>            Plaintiff,<br>    v.<br><br>ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C.<br>465 Winn Way, Suite 231<br>Decatur, GA 30030,<br><br>    and<br><br>LLOYD G. GEDDES<br>1325 Scott Boulevard<br>Decatur, GA 30030,<br><br>            Defendants. | CIVIL ACTION NO.:<br>1:05-cv-591-MEF-SRW |

### SUPPLEMENTAL DECLARATION OF FEES

COUNTY OF PHILADELPHIA        :

                              :  ss

COMMONWEALTH OF PENNSYLVANIA  :

Shahan G. Teberian, Esquire, an adult individual, being duly sworn according to law, deposes and states as follows:

1. I am a partner at the law firm of Klehr, Harrison, Harvey, Branzburg & Ellers, LLP, which serves as counsel for the plaintiff ASD Specialty Health Care, Inc., d/b/a Oncology Supply ("ASD"), in the above-captioned action.

2. The fees and costs incurred by ASD for services rendered by this firm through September 15, 2006 equal $15,458.71, of which $4,558.46 represents costs.



EXHIBIT 1

PHIL1 695514-1

3. My hourly rate of $275.00 and the hourly rate of my partner Morton R. Branzburg, Esquire ($440.00) are reasonable compared to other attorneys of our respective experiences and seniorities. I was admitted to the bar in 1993, and am a partner in the firm's Bankruptcy/Insolvency and Litigation Departments. Mr. Branzburg was admitted to the bar in 1976, is a founding partner of this firm, and is the Chairman of the firm's Bankruptcy/Insolvency Department.

4. ASD also incurred fees for services of local counsel, Burr & Forman, LLP, of Birmingham, Alabama. Those fees will be itemized in a separate affidavit.

5. The fees charged by both this firm and Burr & Forman, LLP were reasonable and necessary, and do not represent charges for duplicative work.

I could testify competently as to these matters if called upon so to do. I make these statements upon penalty of perjury.

Shahan G. Teberian, Esquire

Sworn to and subscribed
Before me, this 15th day of
September 2006.

NOTARY PUBLIC

My commission expires: 2/27/09

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANNE M. FOODY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 27, 2009

PHIL1 695514-1