IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY,<br><br>**Plaintiff,**<br><br>v.<br><br>ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C. and LLOYD G. GEDDES,<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>) **CIVIL ACTION NO.**<br>) **1:05-CV-591-MEF-SRW**<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING BY ASD SPECIALTY HEALTHCARE, INC.
D/B/A ONCOLOGY SUPPLY**

**COMES NOW** ASD Specialty Healthcare, Inc. d/b/a Oncology Supply (hereinafter "ASD"), and, hereby files the attached as follows:

1.  Amended Supplemental Declaration of Fees, executed by Shahan G. Teberian, Esquire, attached hereto as Exhibit 1.

Respectfully submitted this 28th day of September, 2006.

/s/ Heath A. Fite
Reid S. Manley (MAN039)
Heath A. Fite (FIT011)

Attorneys for Plaintiff
ASD SPECIALTY HEALTHCARE, INC.

1500542

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of September, 2006, I have served a copy of the foregoing NOTICE OF FILING by Notice of Electronic Filing to all counsel of record.

I hereby certify that a copy of the foregoing NOTICE OF FILING has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 28th day of September, 2006:

Lloyd G. Geddes
c/o Oncology Hematology Centers of Atlanta, P.C.
465 Winn Way
Suite 231
Decatur, GA  30030

Oncology Hematology Centers of Atlanta, P.C.
c/o Lloyd G. Geddes
465 Winn Way
Suite 231
Decatur, GA  30030

/s/ Heath A. Fite _____
Of Counsel