IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive,<br>Dothan, Alabama 36303,<br><br>          Plaintiff,<br>   v.<br><br>ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C.<br>465 Winn Way, Suite 231<br>Decatur, GA 30030,<br><br>          and<br><br>LLOYD G. GEDDES<br>1325 Scott Boulevard<br>Decatur, GA 30030,<br><br>          Defendants. | CIVIL ACTION NO.:<br>1:05-cv-591-MEF-SRW |

## AMENDED SUPPLEMENTAL DECLARATION OF FEES

COUNTY OF PHILADELPHIA         :
                                                            : ss
COMMONWEALTH OF PENNSYLVANIA :

      Shahan G. Teberian, Esquire, an adult individual, being duly sworn according to law, deposes and states as follows:

      1.    I am a partner at the law firm of Klehr, Harrison, Harvey, Branzburg & Ellers, LLP, which serves as counsel for the plaintiff ASD Specialty Health Care, Inc., d/b/a Oncology Supply ("ASD"), in the above-captioned action.

      2.    I am submitting this Amended Supplemental Declaration of Fees to correct an inadvertent error in the Supplemental Declaration of Fees filed by me on September 15, 2006.

      3.    The fees and costs incurred by ASD for services rendered by this firm through September 15, 2006 equal $15,458.71, of which $4,558.46 represents costs.

4. Of those costs, $4,384.18 represent charges for fees paid to Burr and Forman, LLP, and included within the Declaration of Fees submitted to the Court by that firm on September 15, 2006.

5. None of the $11,074.53 balance incurred by this firm represents charges for duplicative work.

I could testify competently as to these matters if called upon so to do. I make these statements upon penalty of perjury.

*Shahan G. Teberian*

Shahan G. Teberian, Esquire

Sworn to and subscribed
Before me, this 28th day of
September 2006.

*Anne M. Foody*
NOTARY PUBLIC

My commission expires: 2/27/09

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANNE M. FOODY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 27, 2009

PHIL1 697796-1