IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., )<br>d/b/a Oncology Supply Company,    )<br>                                                       )<br>         Plaintiff,                                  )<br>v.                                                      )<br>                                                       )<br>ONCOLOGY HEMATOLOGY CENTERS )<br>OF ATLANTA, PC., *et al.,*                  )<br>                                                       )<br>         Defendants.                              ) | CASE NO. 1-05-cv-591-MEF |

## **O R D E R**

On September 7, 2006, the Court gave Plaintiff until September 15, 2006 to supplement its request for attorneys fees. On September 15, 2006, Plaintiff submitted Supplemental Declarations of Fees (*see* Doc. # 55). On September 28, 2006, it filed Amended Supplemental Declarations of Fees (*Id*. Ex. 1, 2). These declarations are insufficient for the Court to find that Plaintiff's requested fees are reasonable. It is therefore

ORDERED that Plaintiff supplement its request for attorneys fees by October 20, 2006.

DONE this 11th day of October, 2006.

                                                    /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE