IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY,<br><br>Plaintiff,<br><br>v.<br><br>ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C. and LLOYD G. GEDDES,<br><br>Defendants. | CIVIL ACTION NO.<br>1:05-CV-591-MEF-SRW |

NOTICE OF FILING BY ASD SPECIALTY HEALTHCARE, INC.
D/B/A ONCOLOGY SUPPLY

COMES NOW ASD Specialty Healthcare, Inc. d/b/a Oncology Supply (hereinafter "ASD"), and, pursuant to the Court's October 11, 2006, Order, hereby files the attached as follows:

1. Second Amended Supplemental Declaration of Fees, executed by Heath A. Fite, Esquire, attached hereto as Exhibit 1.

2. Second Amended Supplemental Declaration of Fees, executed by Shahan G. Teberian, Esquire, attached hereto as Exhibit 2.

Respectfully submitted this 20th day of October, 2006.

1511180

/s/ Heath A. Fite
Reid S. Manley (MAN039)
Heath A. Fite (FIT011)

Attorneys for Plaintiff
ASD SPECIALTY HEALTHCARE, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

### CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of October, 2006, I have served a copy of the foregoing NOTICE OF FILING by Notice of Electronic Filing to all counsel of record.

I hereby certify that a copy of the foregoing NOTICE OF FILING has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 20th day of October, 2006:

Lloyd G. Geddes
c/o Oncology Hematology Centers of Atlanta, P.C.
465 Winn Way
Suite 231
Decatur, GA 30030

Oncology Hematology Centers of Atlanta, P.C.
c/o Lloyd G. Geddes
465 Winn Way
Suite 231
Decatur, GA 30030

/s/ Heath A. Fite
Of Counsel