IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY, <br><br> **Plaintiff,** <br><br> v. <br><br> ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C. and LLOYD G. GEDDES, <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NO.** <br> ) **1:05-CV-591-MEF-SRW** <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO WITHDRAW

**COMES NOW** Heath A. Fite, one of the counsel of record for Plaintiff ASD Specialty Healthcare, Inc. d/b/a Oncology Supply (hereinafter "ASD") in the above-referenced action, and, moves the Court to allow him to withdraw as counsel for ASD.  In support of this motion, Mr. Fite states that on November 3, 2006, he is retiring from Burr & Forman, LLP, that ASD will continue to be represented by its other counsel of record, and that granting this motion will not prejudice any party to this action.

WHEREFORE, premises considered, Heath A. Fite respectfully requests that the Court enter an order granting his motion to withdraw.

1514835

        /s/ Heath A. Fite
        Heath A. Fite (FIT011)

        An Attorney for Plaintiff
        ASD SPECIALTY HEALTHCARE, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 3rd day of November, 2006, I have served a copy of the foregoing by Notice of Electronic Filing to all counsel of record, and have served a copy of the foregoing on the following by directing same to their office addresses through first-class, United States mail, postage prepaid:

Lloyd G. Geddes
c/o Oncology Hematology Centers of Atlanta, P.C.
465 Winn Way
Suite 231
Decatur, GA 30030

Oncology Hematology Centers of Atlanta, P.C.
c/o Lloyd G. Geddes
465 Winn Way
Suite 231
Decatur, GA 30030

        /s/ Heath A. Fite
        Of Counsel