IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., )<br>d/b/a Oncology Supply Company, )<br>)<br>    Plaintiff, )<br>)<br>v.                                    )<br>)<br>ONCOLOGY HEMATOLOGY CENTERS )<br>OF ATLANTA, PC., *et al.,*           )<br>)<br>    Defendants.                   ) | CASE NO. 1-05-cv-591-MEF |

## **O R D E R**

Upon consideration of the Motion to Withdraw filed by Heath A. Fite (Doc. #60) filed on November 3, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 3rd day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE