IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) )   CIVIL ACTION NO. 1:06cv241-WHA ) |
| MONTGOMERY AND ASSOCIATES, M.D., P.A. (successor by name change to MONTGOMERY & WARMUTH, M.D., P.A., | ) ) ) ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

COMES NOW Elizabeth B. Shirley, an attorney with the law firm of Burr & Forman, LLP, and hereby files her notice of appearance on behalf of Plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company. The undersigned attorney respectfully requests to receive notice and service of all matters related to the above-styled case.

Dated this the 15th day of November, 2006.

        Respectfully submitted,

        s/Elizabeth B. Shirley
        Elizabeth B. Shirley ASB-8958-E56B

        Attorneys for Plaintiff
        ASD SPECIALTY HEALTHCARE, INC. D/B/A ONCOLOGY
        SUPPLY

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1518957

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 15th day of November, 2006:

Charles L. Truncale, Esquire
Law Office of Charles L. Truncale, LLC
1510 North Ponce de Leon Blvd. Suite B
St. Augustine, FL 32084

                                               s/Elizabeth B. Shirley_____
                                               Of Counsel