# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 16, 2006

# NOTICE OF CORRECTION

**To:**                            **All Counsel of Record**

**From:**                        **Clerk's Office**

**Case Style:**                **ASD Specialty Healthcare, Inc. v. Oncology Hematology Centers of Atlanta, PC, et al.**

**Case Number:**          **#1:05-cv-00591-MEF**

**Referenced Pleading:**   **Document #62**
                                          **Notice of Appearance**

**The referenced pleading filed on 11/15/2006 was filed in the wrong case.**

**Therefore, Document #62 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**