IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY, <br><br> Plaintiff, <br><br> v. <br><br> ONCOLOGY HEMATOLOGY CENTERS OF ATLANTA, P.C. and LLOYD G. GEDDES, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NO.** <br> ) **1:05-CV-591-MEF-SRW** <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

COMES NOW Elizabeth B. Shirley, an attorney with the law firm of Burr & Forman, LLP, and hereby files her notice of appearance on behalf of Plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company. The undersigned attorney respectfully requests to receive notice and service of all matters related to the above-styled case.

/s/ Elizabeth B. Shirley
Elizabeth B. Shirley (ASB-8958-E56B)

Attorney for Plaintiff
ASD SPECIALTY HEALTHCARE, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1524167

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of December, 2006, I have served a copy of the foregoing by Notice of Electronic Filing to all counsel of record, and have served a copy of the foregoing on the following by directing same to their office addresses through first-class, United States mail, postage prepaid:

Lloyd G. Geddes
c/o Oncology Hematology Centers of Atlanta, P.C.
465 Winn Way
Suite 231
Decatur, GA  30030

Oncology Hematology Centers of Atlanta, P.C.
c/o Lloyd G. Geddes
465 Winn Way
Suite 231
Decatur, GA  30030

/s/ Elizabeth B. Shirley _____
Of Counsel