IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., ) <br> d/b/a Oncology Supply Company, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ONCOLOGY HEMATOLOGY CENTERS ) <br> OF ATLANTA, PC., *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 1-05-cv-591-MEF |

## **O R D E R**

This cause is before the Court on Plaintiff's Motion to Vacate Order Dated December 21, 2006 (Doc. # 66), filed January 3, 2007. Upon consideration, it is ORDERED that:

1. Plaintiff's motion is GRANTED.

2. The trial and pretrial hearing are CONTINUED generally until further Order of this Court.

DONE this the 8th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE